# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis        12/15

A list of creditors holding the 30 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | NATIONAL OILWELL VARCO & AFFILIATES<br>7909 PARKWOOD CIRCLE DRIVE<br>HOUSTON TX 77036 | Amy Raabe<br>amy.raabe@nov.com<br>281-341-5365<br>fax 281-342-3540 | Trade debts | ☐ C<br>☐ U<br>☐ D | | | $536,238.88 |
| 2 | JONES WALKER LLP<br>201 ST. CHARLES AVE. 50TH FLOOR<br>NEW ORLEANS LA 70170-1000 | Joseph Mince<br>jmince@joneswalker.com<br>504-582-8220<br>fax 504-589-8220 | Professional services | ☐ C<br>☐ U<br>☐ D | | | $251,331.92 |
| 3 | RUBICON OILFIELD INTERNATIONAL<br>7850 NORTH SAM HOUSTON PKWY W<br>SUITE 100<br>HOUSTON TX 77064 | Gayle Cluver<br>Gayle.Culver@loganinternationalinc.com<br>832-386-2500<br>fax 281-219-6614 | Trade debts | ☐ C<br>☐ U<br>☐ D | | | $246,389.93 |
| 4 | GREATAMERICA FINANCIAL SVCS<br>P.O. BOX 660831<br>DALLAS TX 75266-0831 | 800.234.8787<br>fax 319-365-8607 | Personal Property Lease | ☒ C<br>☒ U<br>☒ D | | | $238,311.96 |
| 5 | ESIS INC.<br>DEPT. CH 10123<br>PALATINE IL 60055-0123 | Robin Czajkowski<br>robin.czajkowski@chubb.com<br>302-476-6376<br>fax 302-476-6874 | Professional services | ☐ C<br>☐ U<br>☐ D | | | $193,349.75 |
| 6 | THOMSON REUTERS TAX & ACCOUNTING INC<br>P. O. BOX 6016<br>CAROL STREAM IL 60197-6016 | Justin Dollow<br>justin.dollow@thomsonreuters.com<br>800-327-8829<br>fax 888-464-0606 | Professional services | ☐ C<br>☐ U<br>☐ D | | | $170,612.01 |
| 7 | 24 WATERWAY, LLC<br>24 WATERWAY AVE., STE 225<br>THE WOODLANDS TX 77380-3446 | Yvonne Soria<br>ysoria@pmrg.com<br>832-813-7373<br>fax 281-475-4638 | Guarantee Claim | ☒ C<br>☒ U<br>☒ D | | | $159,051.27 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | SUNBELT STEEL TEXAS, INC. P.O. BOX 203124 DALLAS TX 75320-3124 | Beth Alexander mbalexander@sunbeltsteel.com 281-582-0442 fax 281-854-2770 | Trade debts | ☐ C ☐ U ☐ D | | | $155,449.58 |
| 9 | NLB CORP. 29830 BECK ROAD WIXOM MI 48393-2824 | 248-624-5555 fax 248-624-4648 | Trade debts | ☐ C ☐ U ☐ D | | | $146,235.93 |
| 10 | SCHMOYER REINHARD LLP 17806 IH 10 WEST, STE 400 SAN ANTONIO TX 78257-8222 | Jodie Overocker joverocker@sr-llp.com 210-447-8033 fax 210-447-8036 | Professional services | ☐ C ☐ U ☐ D | | | $132,542.74 |
| 11 | SAFETY KLEEN SYSTEMS, INC. P.O. BOX 650509 DALLAS TX 75265-0509 | Lawanner Nichols, Nat. Accts. Collection Specialist nichols.lawanner@cleanharbors.com 781.792.5523 fax 781.878.5394 | Trade debts | ☐ C ☐ U ☐ D | | | $129,341.33 |
| 12 | AUTOMOTIVE RENTALS, INC. P. O. BOX 8500-4375 PHILADELPHIA PA 19178-4375 | Edward Hogan EHogan@arifleet.com 856-778-1500 fax 856-778-6200 | Trade debts | ☐ C ☐ U ☐ D | | | $123,395.01 |
| 13 | WAUKESHA-PEARCE INDUSTRIES, INC. P. O. BOX 204116 DALLAS TX 75320-4116 | Karron Gonzalez karron.gonzalez@wpi.com 713-551-0388 fax 713-551-0435 | Trade debts | ☐ C ☐ U ☐ D | | | $120,104.68 |
| 14 | A.S.A.P. INDUSTRIES MANUFACTURING LLC P. O. BOX 938 BOURG LA 70343-0938 | Dianne Romero accountsreceivables@asapind.net 985-851-7272 fax 985-851-7271 | Trade debts | ☐ C ☐ U ☐ D | | | $118,835.47 |
| 15 | WEX BANK P.O. BOX 6293 CAROL STREAM IL 60197-6293 | 800-492-0669 fax 800-395-0809 | Trade debts | ☐ C ☐ U ☐ D | | | $112,778.79 |
| 16 | T & T PIPE SERVICES, INC P. O. BOX 9057 CORPUS CHRISTI TX 78469-9057 | Jo Ann Todd ttpipeservice@yahoo.com 361-876-0086 fax 361-289-5760 | Trade debts | ☐ C ☐ U ☐ D | | | $112,347.10 |
| 17 | CHRISTOPHER OIL TOOLS LLC P. O. BOX 11312 ODESSA TX 79760-8312 | John Christopher John@christopheroiltools.com 432-272-1675 fax 432-272-1681 | Trade debts | ☐ C ☐ U ☐ D | | | $104,917.08 |
| 18 | P.S.C. SUPPLY, INCORPORATED P.O. BOX 215 BROUSSARD LA 70518-0215 | SHELLY DAVIS shellypsc@bellsouth.net 337-837-2811 fax 337-837-2785 | Trade debts | ☐ C ☐ U ☐ D | | | $96,829.08 |
| 19 | BOMBARDIER INC. 3819 COLLECTION CENTER DRIVE CHICAGO IL 60693-0038 | Bill Hantzis bill.hantzis@aero.bombardier.com 514-855-7332 fax 514-855-7806 | Trade debts | ☐ C ☐ U ☐ D | | | $90,419.00 |

Case number *(if known)* **17-51014**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | BEACON OILFIELD SERVICE LLC P. O. BOX 11415 WILLISTON ND 58803-0051 | Wesley Stepenson beaconrentaltools@yahoo.com 307-851-1734 | Trade debts | ☐ C ☐ U ☐ D | | | $81,487.26 |
| 21 | SWIVEL RENTAL P.O. BOX 82539 LAFAYETTE LA 70598-2539 | Doug Burns dburns@swivelrental.com 337-330-8490 fax 337-330-8493 | Trade debts | ☐ C ☐ U ☐ D | | | $70,918.58 |
| 22 | ARTIS HRA HUDSONS BAY, LP 1700 BROADWAY, STE 404 DENVER CO 80290-0600 | JOHN PAVLKOVICH 303-830-9880 | Real Property Lease | ☑ C ☑ U ☑ D | | | $68,265.39 |
| 23 | POWER RIG RENTAL TOOL CO. P. O. BOX 61520 LAFAYETTE LA 70596-1520 | Stacy Venable stacy@prrt.glacoxmail.com 337-232-4403 fax 281-393-2442 | Trade debts | ☐ C ☐ U ☐ D | | | $68,015.60 |
| 24 | ACME TRUCK LINE, INC. P.O. BOX 415000 NASHVILLE TN 37241-5000 | Connie Savois connie.savois@acmetruck.com 504-368-2510 fax 888-922-2263 | Trade debts | ☐ C ☐ U ☐ D | | | $63,370.94 |
| 25 | GULFSTREAM SERVICES, INC. DEPT 3254, P.O.BOX 123254 DALLAS TX 75312-3254 | Bonnie Theriot btheriot@gulfstreamservices.com 985-655-6528 fax 985-655-6538 | Trade debts | ☐ C ☐ U ☐ D | | | $60,432.92 |
| 26 | BUCKALEW EMPLOYMENT SERVICE 701 E. KING STREET KINGSVILLE TX 78363-5782 | 361- 592-5166 fax 361- 592-8834 | Trade debts | ☐ C ☐ U ☐ D | | | $59,414.85 |
| 27 | TEXAS LEHIGH CEMENT COMPANY P.O. BOX 610 BUDA TX 78610-0610 | 512-295-6111 fax 512-295-3102 | Trade debts | ☑ C ☑ U ☑ D | | | $57,448.27 |
| 28 | QUAIL TOOLS, INCORPORATED P.O. BOX 10739 NEW IBERIA LA 70562-0739 | 337-364-0407 fax 337- 365-9997 | Trade debts | ☐ C ☐ U ☐ D | | | $55,293.43 |
| 29 | EDI ENVIRONMENTAL SERVICES P O BOX 60726 LAFAYETTE LA 70596-0726 | Clayton Courville clay.c@edienvironmental.com 337-264-9810 fax 337-264-9816 | Trade debts | ☐ C ☐ U ☐ D | | | $53,999.47 |
| 30 | PNEUMATIC & HYRAULIC CO LLC 129 DEMANADE BLVD, STE 200 LAFAYETTE LA 70503-2507 | Sherie Hulin sherieh@pneumaticandhydraulic.com 337-806-9785 | Trade debts | ☐ C ☐ U ☐ D | | | $50,544.86 |

Fill in this information to identify the case and this filing:

Debtor name: Knight Energy Holdings, LLC, *et al.*

United States Bankruptcy Court for the: Western District of Louisiana

Case number (if known): 17-51014

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders*, on a Consolidated Basis (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/08/2017
MM/DD/YYYY

X *[signature]*
Signature of individual signing on behalf of debtor

Gary Pittman
Printed name

Proposed Chief Restructuring Officer
Position or relationship to debtor