# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE

| | |
|---|---|
| IN RE:<br><br>KNIGHT ENERGY HOLDINGS, LLC,<br>ET AL.[1]<br><br>DEBTORS | CASE NO. 17-51014<br><br>(JOINTLY ADMINISTERED)<br><br>CHAPTER 11<br><br>JUDGE ROBERT SUMMERHAYS |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW undersigned counsel on behalf of Jones Walker LLP and hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case and any cases consolidated herewith relating to the captioned case, be served upon Jones Walker LLP as follows:

Mark A. Mintz
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170-5100
Tel: 504-582-8368
Fax: 504-589-8368
mmintz@joneswalker.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (0000) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17-51022); Rayne Properties, LLC (0000) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17- 51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (0000) (Case No. 17-51029). The Debtors' service address is 2272 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 1042 Forum Drive, Broussard, Louisiana 70518.

This request encompasses all notices, copies and pleadings referred to in 11 U.S.C. § 1109(b) or Rules 2002, 3017 or 9007 of the Bankruptcy Rules, including, without limitation, notices of any orders, motions, complaints, petitions, pleadings or requests, applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted by mail, delivery, telephone, telex or otherwise which affects or seeks to affect the captioned case.

Dated this 11th day of August, 2017.

Respectfully submitted,

*/s/ Mark A. Mintz*
Mark A. Mintz (LA Bar No. 31878)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170-5100
Tel: 504-582-8368
Fax: 504-589-8368
mmintz@joneswalker.com

**Counsel for Jones Walker LLP**

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing *Notice of Appearance and Request for Notice* was filed and served on counsel on August 11, 2017, through the Court's CM/ECF system.

*/s/ Mark A. Mintz*
Mark A. Mintz