IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE:<br><br>KNIGHT ENERGY HOLDINGS, LLC, *ET AL.*[1]<br><br>    DEBTORS | CASE NO. 17-51014<br>(JOINTLY ADMINISTERED)<br><br>CHAPTER 11<br><br>JUDGE ROBERT SUMMERHAYS |

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORITY TO RETAIN HURON CONSULTING SERVICES LLC AS FINANCIAL ADVISOR <u>*NUNC PRO TUNC* TO SEPTEMBER 8, 2017</u>**

**NOW INTO COURT**, comes the Unsecured Creditors Committee (the "Committee") of Knight Energy Holdings, L.L.C., and the affiliated debtors listed below (collectively the "Debtors"), by and through proposed counsel, who hereby submits this Application for authority to retain Huron Consulting Services LLC ("Huron") as financial advisor *nunc pro tunc* to the Committee, pursuant to 11 U.S.C. §§ 328(a), 330 and 1103 and Federal Rule of Bankruptcy Procedure 2014(a) and 2016, *nunc pro tunc* to September 8, 2017. In support of this Application, the Committee refers to the Affidavit of Dennis Ulak (the "Ulak Affidavit") filed as **Exhibit "A"** hereto.

---

[1] The Debtor's in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-50105); Knight Manufacturing, LLC (0600) (Case No. 17-50106); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51018); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (0000) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17-51022); Rayne Properties, LLC (0000) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (0000) (Case No. 17- 51028). The Debtors' service address is 2272 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 1042 Forum Drive, Broussard, Louisiana 70518.

4823-8829-9344 v1
2941876-000001 09/27/2017

17-51014 - #359  File 09/28/17  Enter 09/28/17 12:54:38  Main Document  Pg 1 of 7

## JURISDICTION & VENUE

1. This Court has jurisdiction over this case and this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2)(A), (M) and (O).

2. The statutory basis for the relief sought herein is §§ 328, 330 and 1103 of the United States Bankruptcy Code ("Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedures and Local Rule 2014-1.

## BACKGROUND AND RELIEF REQUESTED

3. On August 8, 2017, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Louisiana (the "Petition Date").

4. Since the Petition Date, the Debtors are continuing in possession of their property and are operating and managing their businesses, as debtors in possession, pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

5. On August 24, 2017, the United States Trustee, pursuant to section 1102 of the Bankruptcy Code, appointed the Committee in the chapter 11 cases filed by the Debtors. The Committee is currently comprised of the following members: (i) NLB Corp.; and (ii) ENI Environmental Services, Inc. On August 25, 2017, the Committee selected Baker Donelson as its counsel.

## RETENTION OF HURON

6. The Committee believes Huron possesses extensive knowledge and experience regarding the financial issues relevant to these cases. Huron's qualifications and experience are set forth more specifically in Ulak Affidavit. Accordingly, after careful review, the Committee

has selected Huron to serve as the Committee's financial advisor. The Committee's declaration (Declaration of Linda Helmick) as required by the United States Trustee Guidelines is attached hereto as **Exhibit "B"**.

7. By this Application, the Committee seeks authority to retain Huron to provide financial and operational advice to the Committee in connection with these chapter 11 cases and to perform such of the following bankruptcy and restructuring-related consulting services as reasonably requested and consistent with the engagement objectives and scope including, without limitation, providing support, analysis and advice to the Committee, its counsel, and any other professionals that the Committee may retain, with regard to:

- (a) the Debtors' financial affairs, business plan, and related forecasts,
- (b) the Debtors' cash management,
- (c) the Debtors' operations and assets,
- (d) the Debtors' proposed sale transactions,
- (e) any plan of reorganization or plan of liquidation proposed in these cases,
- (f) any avoidance or other claims or actions brought by or against the Debtors or on behalf of the Committee, and
- (g) any other matters that arise in these cases for which the Committee requests Huron's financial advisory services.

8. The Committee requests that all fees and related costs incurred by the Committee on account of services rendered by Huron in these cases be paid as administrative expenses of the Debtors' estates in accordance with the Bankruptcy Code and applicable orders entered in these cases.

9. Subject to the Court's approval, Huron will charge for its services on an hourly basis, billed in tenth-of-an-hour increments, in accordance with its hourly rates in effect on the

date that such services are rendered.  The compensation Huron seeks for its professionals in these cases is equivalent to what is generally charged by Huron for similar services. Huron adjusts its hourly rates periodically and will charge the rate then in effect.  The hourly rates currently charged by Huron are:

| | |
|---|---|
| Managing Directors | $750 - $950 |
| Senior Directors | $650 - $725 |
| Directors | $550 - $650 |
| Managers | $425 - $525 |
| Associates and Analysts | $400 - $400 |

10. With respect to this engagement, Huron has agreed to a blended rate of $575/hour and to limit its fees to the monthly limits set forth:

| | |
|---|---|
| 1st Month | $100,000 |
| 2nd Month | $75,000 |
| 3rd Month | $50,000 |
| 4th Month | $25,000 |

11. Huron has not received a retainer in this matter.

12. Pursuant to the indemnification provisions of the Engagement Agreement attached to the Ulak Affidavit, the Committee has agreed, among other things, to indemnification obligations for Huron and its personnel, agents and contractors harmless, to the fullest extent permitted under applicable law, against all costs, fees, expenses, damages, and liabilities (including reasonable defense costs and legal fees), associated with any legal proceeding or other claim brought against us by a third party, including a subpoena or court order, arising from or relating to the services provided by Huron or the Committee's engagement of Huron.  However, the indemnity provision does not apply to the extent a claim arises out of Huron's gross negligence or willful misconduct.

13. The Committee and Huron believe that the indemnification provisions contained in the Engagement Agreement are customary and reasonable for financial advisory engagements,

both in and out of court, and reflect the qualifications and limitations on indemnification provisions that are customary in this district and other jurisdictions. The terms and conditions of the Engagement Agreement were negotiated by the Committee and Huron at arm's length and in good faith. The Committee respectfully submits that the indemnification, contribution, exculpation, reimbursement and other provisions contained in the Engagement Agreement, viewed in conjunction with the other terms of Huron's proposed retention, are reasonable and in the best interests of the Committee and its creditor constituency. Accordingly, as part of this Application, the Committee also requests approval of the terms of the Engagement Agreement.

14. To the best of the Committee's knowledge, Huron does not have any connection with the Debtors, their creditors, or other parties in interest or their respective attorneys, except as set forth in the Ulak Affidavit. Therefore, the Committee believes Huron is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

15. Huron has not entered into any agreement to share compensation as may be awarded to it for services rendered in these cases, except as permitted under section 504(b) of the Bankruptcy Code or disclosed in the Ulak Affidavit.

16. No prior application for the relief requested herein has been presented to this Court or any other court.

**WHEREFORE,** the Committee respectfully requests that the Court enter an interim order substantially in the form attached hereto as Exhibit D approving the retention of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. by the Committee to perform the services described herein, *nunc pro tunc* to August 25, 2017, and granting such other and further relief as the Court may deem just and proper.

Dated:       September 27, 2017.	Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

By: */s/ Jan M. Hayden*
    Jan M. Hayden
    Louisiana Bar No. 6672
    Edward H. Arnold III
    Louisiana Bar No. 18767
    Lacey Rochester
    Louisiana Bar No. 34733
    201 St. Charles Avenue, Suite 3600
    New Orleans, Louisiana 70170
    Telephone: (504) 566-5200
    Facsimile: (504) 636-4000
    jhayden@bakerdonelson.com
    harnold@bakerdonelson.com
    lrochester@bakerdonelson.com

**AND**

    Susan C. Mathews*
    Texas Bar No. 05060650
    Daniel J. Ferretti*
    Texas Bar No. 24096066
    1301 McKinney St., Suite 3700
    Houston, Texas 77010
    Telephone: (713) 650-9700
    Facsimile: (713) 650-9701
    smathews@bakerdonelson.com
    dferretti@bakerdonelson.com

**PROPOSED COUNSEL FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE**

    **\*Admitted Pro Hac Vice**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 27th day of September, 2017, a copy of the foregoing was filed electronically and was served pursuant to the Order Limiting Notice.

                                            /s/ *Jan M. Hayden*
                                            JAN M. HAYDEN