

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

MINUTE ENTRY

17-51014 Knight Energy Holdings, LLC, et al    Chapter: 11

(1) Motion to Assume Leases or Executory Contracts on behalf of Advanced Safety & Training Management, et al

(2) Application to Employ Bayshore Partners, LLC as Investment Bank

(3) Disclosure Statement for Chapter 11

(4) Motion for Order Approving (I) Disclosure Statement as of August 25, 2017 for the Debtors Joint Chapter 11 Plan of Reorganization as of August 25, 2017, (II) the Confirmation Hearing Notice, the Contents of the Solicitation Package, and the Manner of Mailing and Service of the Solicitation Package and Confirmation Notice, (III) the Procedures for Voting and Tabulation of Ballots, and (IV) the Forms of Ballots on behalf of Knight Energy Holdings

(5) Application to Employ Jan M. Hayden as Bankruptcy Counsel on behalf of Official Committee of Unsecured Creditors

(6) Motion to Amend Proofs of Claims on behalf of Official Committee of Unsecured Creditors

APPEARANCES:

William H. Patrick III representing DIP
Jan Marie Hayden representing Committee of Unsecured Creditors
Rudy Cerone, Paul Heath & Brad Foxman for Clearlake Capital
Michael Crawford for IberiaBank
Armistead Long for Kelly Knight Sobiesk
JP Hebert for JP Morgan Chase

RULING: (1) This matter has been continued to be heard with confirmation.

(2) Application is approved.

(3) Hearing is continued to October 16, 2017, at 10:00 a.m. Debtor is ordered to file an amended disclosure statement no later than October 6, 2017. Objections shall be filed no later than close of business on October 12, 2017.

(4) Hearing is continued to October 16, 2017, at 10:00 a.m.

(5) Application is approved.

(6) Motion is granted by consent.

**ORDER TO BE PREPARED BY:** Parties


Date:   October 3, 2017