UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | § | CASE NO. 17-51014 |
| | § | |
| KNIGHT ENERGY HOLDINGS, LLC. | § | CHAPTER 11 |
| *et al.*[1], | § | |
| *Debtors* | § | JOINTLY ADMINISTERED |

## MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362

**This is a motion for relief from the automatic stay. If it is granted, the movant may act outside of the bankruptcy process. If you do not want the stay lifted, immediately contact the moving party at least 7 days before the hearing. If you cannot settle, you must attend the hearing. Evidence may be offered at the hearing and the Court may rule.**

**Represented parties should act through their attorney.**

**There will be a hearing on this matter, if and only if an objection is filed, on November 28, 2017 at 10:00 a.m. in the First Floor Courtroom, 214 Jefferson Street, Lafayette, Louisiana.**

NOW INTO COURT, through undersigned counsel, comes Mover, Jeanne A. Buford, who is the plaintiff in the civil matter captioned and numbered *Jeanne A. Buford versus Brandon K. Henry, et al*, Docket No. 127215, Division C on the docket of the 16th Judicial District Court of Iberia Parish, Louisiana ("Proceeding"). The Proceeding is a civil action arising as the result of an automobile accident that occurred on or about February 27, 2015. Mover respectfully moves

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (0000) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17- 51022); Rayne Properties, LLC (0000) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (0000) (Case No. 17- 51029). The Debtors' service address is 2272 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 1042 Forum Drive, Broussard, Louisiana 70518.

this Honorable Court to issue an Order declaring that the automatic of 11 U.S.C. §362 and 1) permitting Mover to continue prosecution of her claims as detailed in the supporting memorandum attached herein, 2) to liquidate her claim against any insurer, but not to enforce any judgment against Knight or the estate without further order of this Court, 3) to conduct discovery including discovery involving Knight, 4) to continue the Proceeding with Knight as a nominal party, 5) to generally conduct the prosecution of the Proceeding, and 6) for such other relief as the court deems due and appropriate.

**WHEREFORE MOVER**, for the reasons stated herein and in the Memorandum in Support attached hereto and incorporated by reference, prays that the Court issue an order lifting the automatic stay of 11 U.S.C. §362 and 1) permitting Mover to continue prosecution of her claims as detailed herein, 2) to liquidate her claim against any insurer, but not to enforce any judgment against Knight or the estate without further order of this Court, 3) to conduct discovery including discovery involving Knight, 4) to continue the Proceeding with Knight as a nominal party, 5) to generally conduct the prosecution of the Proceeding, and 6) for such other relief as the court deems due and appropriate.

Respectfully submitted,

GORDON MCKERNAN INJURY ATTORNEYS

/s/ Brian C. Colomb

BRIAN C. COLOMB (Bar No. 25625)
1819 West Pinhook Road, Ste 250
Post Office Box 51127 (70505)
Lafayette, Louisiana 70508
Telephone: (337) 443-6954
Fax: (337) 704-2805
Brianc@getgordon.com
ATTORNEYS FOR MOVER

## CERTIFICATE OF SERVICE

I, Brian C. Colomb, do hereby certify that a copy of the **NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362** was this date forwarded to Tristan E. Manthey, Cherie D. Nobles, Douglas Draper, William H. Patrick, III, 650 Poydras Street, Ste 2500, New Orleans, LA 70130-6103 and the Office of the U.S. Trustee, 300 Fannin Street, Suite 3196, Shreveport, LA 71101; either via U.S. Mail properly posted and addressed or through the Court's CM/ECF system this 30th day of October, 2017.

/s/ Brian C. Colomb
_____
BRIAN C. COLOMB