UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | § | CASE NO. 17-51014 |
| | § | |
| KNIGHT ENERGY HOLDINGS, LLC. | § | CHAPTER 11 |
| *et al.* [1], | § | |
| *Debtors* | § | JOINTLY ADMINISTERED |

## NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362

TO ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that Jeanne A. Buford has filed a MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362, together with a MEMORANDUM IN SUPPORT in the captioned case as provided under Chapter 11 of Title 11 U.S.C. and has requested that the Court issue an order declaring that the automatic stay of 11 U.S.C. §362 does not apply to the Proceeding thereby permitting Mover to 1) continue the prosecution of her claims as detailed herein, 2) to liquidate her claim against any insurer, but not to enforce any judgment against Knight or the estate without further order of this Court, 3) to conduct discovery including discovery involving Knight, 4) to continue the Proceeding with Knight as a nominal party, 5) to generally conduct the prosecution of the Proceeding, and 6) for such other relief as the court deems due and appropriate.

**NOTICE IS FURTHER GIVEN** THAT Jeanne A. Buford has requested a hearing on this motion for relief from stay which has been scheduled for the **28th day of November, 2017 at 10:00 a.m.** before the Bankruptcy Judge in his Courtroom, First Floor, 214 Jefferson Street, Lafayette, Louisiana.

## RESPONSE DEADLINE IS NOVEMBER 16, 2017.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (0000) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17- 51022); Rayne Properties, LLC (0000) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (0000) (Case No. 17- 51029). The Debtors' service address is 2272 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 1042 Forum Drive, Broussard, Louisiana 70518.

**This hearing is scheduled on an If and Only If Basis. Any Answer, Objection or Opposition to the Motion should be filed with the Clerk's Office and mailed to the Movant's Counsel WITHIN SEVENTEEN (17) DAYS of the mailing date shown on the Movant's Certificate of Mailing of the Motion for Relief from Stay.**

You are hereby notified to take part in this hearing if you deem same necessary.

Lafayette, Louisiana, this 30th day of October, 2017.

Respectfully submitted,

GORDON MCKERNAN INJURY ATTORNEYS

/s/ Brian C. Colomb

BRIAN C. COLOMB (Bar No. 25625)
1819 West Pinhook Road, Ste 250
Post Office Box 51127 (70505)
Lafayette, Louisiana 70508
Telephone: (337) 443-6954
Fax: (337) 704-2805
Brianc@getgordon.com
ATTORNEYS FOR MOVER

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | § | **CASE NO. 17-51014** |
| | § | |
| **KNIGHT ENERGY HOLDINGS, LLC.** | § | **CHAPTER 11** |
| *et al.* [2], | § | |
| *Debtors* | § | **JOINTLY ADMINISTERED** |

**CERTIFICATE OF SERVICE**

I, Brian C. Colomb, do hereby certify that a copy of the **NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362** was this date forwarded to Tristan E. Manthey, Cherie D. Nobles, Douglas Draper, William H. Patrick, III, 650 Poydras Street, Ste 2500, New Orleans, LA 70130-6103 and the Office of the U.S. Trustee, 300 Fannin Street, Suite 3196, Shreveport, LA 71101; either via U.S. Mail properly posted and addressed or through the Court's CM/ECF system this 30th day of October, 2017.

/s/ Brian C. Colomb

_____

Brian C. Colomb

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (0000) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17- 51022); Rayne Properties, LLC (0000) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (0000) (Case No. 17- 51029). The Debtors' service address is 2272 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 1042 Forum Drive, Broussard, Louisiana 70518.