**SO ORDERED.**

**SIGNED October 31, 2017.**



**ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE**

___

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | * | **CASE NO. 17-51014** |
| **KNIGHT ENERGY HOLDINGS, LLC,** | * | **CHAPTER 11** |
| *et al.*[1], | * | |
| *Debtors* | * | **JOINTLY ADMINISTERED** |
| | * | |

*******************************************************************************

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Considering the **Motion for Relief from Stay Pursuant to 11 U.S.C. § 362 with Incorporated Memorandum in Support, Filed by Cristian Renteria, Individually, as Independent Administratrix of the Estate of Juan Renteria, Deceased, and as Next Friend of Julissa Renteria and Miguel Renteria, Manuel Nieto and Domitila Renteria Regarding**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (0000) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17- 51022); Rayne Properties, LLC (0000) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (0000) (Case No. 17- 51029). The Debtors' service address is 2272 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 1042 Forum Drive, Broussard, Louisiana 70518.

1

**Litigation in the 70th Judicial District Court for Ector County, Texas** and the representations therein, that was scheduled for hearing on Tuesday, November 7, 2017, before this court. The Court having found that the Motion was properly noticed and that no opposition or objection to the Motion was filed. Considering the record, good cause existing therefor;

IT IS ORDERED that the Motion is GRANTED and that the automatic stay is modified with respect to the lawsuit entitled *Cristian Renteria, Individually as Independent Administratrix of the Estate of Juan Renteria, Deceased, and as Next Friend of Julissa Renteria and Miguel Renteria Plaintiffs versus Vanguard Operating LLC, B&R Tools and Service Inc., Hydra-Cat Rentals LLC, Knight Oil Tools LLC, Brad Scroggins, Individually, and Viva Well Servicing Company LP Defendants*, Case No. A-16-05-0548-CV on the docket of the 70th Judicial District Court of Ector County, Texas (hereinafter "Lawsuit") for the purpose of permitting the Plaintiffs to proceed against Knight Oil Tools LLC in the Lawsuit as a nominal defendant only, at no cost to the Debtors, their estates, or their successors, so the Plaintiffs may establish liability against Knight Oil Tools LLC for the sole purpose of recovering from proceeds of any insurance policies held by or on behalf of the Debtors, if any.

###

Respectfully submitted,

/s/ J. David Andress
J. David Andress (# 27944)
ANDRESS | INZINA LLC
218 Rue Louis XIV, Suite A
Lafayette, Louisiana 70508
Telephone:     (337) 347-9919
Facsimile:     (337) 541-2553
Email:         david@andressinzina.com
Attorney for the Movers