IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-51014 |
| KNIGHT ENERGY HOLDINGS, LLC, *ET AL.* [1] | (JOINTLY ADMINISTERED) |
| DEBTORS | CHAPTER 11 |
| | JUDGE ROBERT SUMMERHAYS |

### *EX PARTE* MOTION FOR AN ORDER ESTABLISHING THE AMOUNTS OF THE SECURED SENIOR CREDIT FACILITY CLAIMS FOR VOTING PURPOSES IN CONNECTION WITH THE AMENDED PLAN OF REORGANIZATION

**NOW INTO COURT**, through undersigned counsel, comes Knight Energy Holdings, LLC, Knight Oil Tools, LLC, Knight Manufacturing, LLC, KDCC, LLC f/k/a Knight Well Services, LLC, Tri-Drill, LLC, Advanced Safety & Training Management, LLC, Knight Security, LLC, Knight Information Systems, LLC, El Caballero Ranch, Inc., Rayne Properties, LLC, Knight Aviation, LLC; Knight Research & Development, LLC; Knight Family Enterprises, LLC, HMC Leasing, LLC; and HMC Investments, LLC (collectively referred to as the "Debtors"), who respectfully file this *Ex Parte Motion for an Order Establishing the Amounts of the Secured Senior Credit Facility Claims for Voting Purposes in Connection with the Amended Plan of Reorganization* ("Motion") to establish the amounts of the Senior Secured Credit Facility

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (9787) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17-51022); Rayne Properties, LLC (7235) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (8254) (Case No. 17-51029). The Debtors' service address is 2727 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 2725 SE Evangeline Thruway, Lafayette, Louisiana 70508.

{00360337-4}

Claims to be counted as Class 6 and Class 9 Claims under the *Debtors' Joint Chapter 11 Plan of Reorganization as of October 17, 2017* [Docket No. 417] (the "Amended Plan"):

1. This Court has jurisdiction over this Motion under 28 U.S.C. §1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue of this proceeding and jurisdiction is proper in this district pursuant to 28 U.SB.C. §§1408 and 1409.

2. The statutory and rule based predicates for the relief requested herein are sections 105(b) and 506 of the Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*. and Bankruptcy Rule No. 3018(a) and (d).

3. On August 8, 2017, each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to manage and operate their businesses as debtors-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

4. No trustee or examiner has been requested or appointed in any of these Chapter 11 cases. On August 24, 2017, an official committee of unsecured creditors was appointed in these Chapter 11 cases.

5. On October 17, 2017, the Debtors filed the Amended Plan and *Disclosure Statement as of October 17, 2017 for the Debtors' Joint Chapter 11 Plan of Reorganization as of October 17, 2017* [Docket No. 418] ("Disclosure Statement").

6. On October 18, 2017, pursuant to Section 1125 of the Bankruptcy Code, the Bankruptcy Court entered an *Order Approving (I) Disclosure Statement as of October 17, 2017 for the Debtors' Joint Chapter 11 Plan of Reorganization as of October 17, 2017, (II) the Confirmation Hearing Notice, the Contents of the Solicitation Package, and the Manner of Mailing and Service of the Solicitation Package and Confirmation Notice, (III) the Procedures for Voting and Tabulation of Ballots, and (IV) the Forms of Ballots* [Dkt. No. 422], approving

the Disclosure Statement as providing adequate information for the holders of Claims and Interests to make a decision as to whether to accept or reject the Amended Plan.

7. By this Motion, the Debtors, with the consent of holders of the Secured Senior Credit Facility Claims, are seeking an order which, for voting and tabulation purposes only, sets forth the amount of the Class 6 Secured Senior Credit Facility Claims and Class 9 Senior Credit Deficiency Claims in connection with the Amended Plan.[2]

8. The Debtors propose that, with respect to the Secured Senior Credit Facility Claims, in connection with the Amended Plan: Class 6 Secured Senior Credit Facility Claims be allocated for voting purposes the amount of $75.2 million, Class 9 Senior Credit Deficiency Claim be allocated for voting purposes the amount of $128.6 million, and that the Class 6 and Class 9 Ballots of the Holders of Secured Senior Credit Facility Claims will be counted in the amounts stated in connection with the tabulation of ballots and the confirmation hearing on the Amended Plan.

9. The proposed amount of the Class 6 Secured Senior Credit Facility Claims ($75.2 million) is based on the high range of the estimated recovery by the holders of Secured Senior Credit Facility Claims on account of their secured claims in a liquidation scenario. *See*, Liquidation Analysis attached as Exhibit D-5 to the Disclosure Statement. The amount of the Class 9 Senior Credit Deficiency Claim ($128.6 million) is based on the outstanding Secured

---

[2] Pursuant to the *Final Order Authorizing Limited Use of Cash Collateral, Obtaining Post-Petition Financing Secured by Senior Liens, and Granting Adequate Protection to Existing Lienholders* [Docket No. 276] (the "Final DIP Order"), the Prepetition Agent and the Prepetition Lenders (each as defined in the Final DIP Order) hold allowed claims against the Debtors, as of the Petition Date, in an aggregate amount equal to at least $180,550,971 in principal amount under the Prepetition Senior Credit Agreement (as defined in the Final DIP Order), plus at least $22,690,038 in accrued and unpaid interest, at least $430,789 in fees, plus any and all other interest, fees, costs, expenses, charges, and other claims, debts or obligations of the Debtors to the Prepetition Agent and the Prepetition Lenders that have accrued as of the Petition Date under the Prepetition Senior Credit Agreement Documents (as defined in the Final DIP Order) and applicable law. This Motion is solely for the purpose of allocating the Class 6 Secured Senior Credit Facility Claims and Class 9 Senior Credit Deficiency Claims of the Prepetition Agent and Prepetition Lenders for voting and tabulation purposes with respect to the Amended Plan and does not constitute a request for a determination of the amount of the Prepetition Agent's and the Prepetition Lenders' secured and deficiency claims for any other purpose, without limitation.

Senior Credit Facility Claims ($203.8 million) minus the estimated amount ($75.2 million) of the Class 6 Secured Senior Credit Facility Claims.

10. The relief provided herein is fair and reasonable, is consistent with the provisions of Bankruptcy Rule 3018(a) (which allows the Court to temporarily allow claims for voting purposes in an amount which the Court deems proper for purposes of accepting or rejecting a plan) and Bankruptcy Rule 3018(d) (which provides that a creditor whose claim has been allowed in part as a secured claim and allowed in part as an unsecured claim to vote to accept or reject a plan in both capacities).

11. The Official Committee of Unsecured Creditors has no objection to relief requested herein.

**WHEREFORE**, the Debtor prays that the Court enter an order that for voting purposes only, in connection with the Amended Plan, (1) allocating for voting purposes the Class 6 Secured Senior Credit Facility Claims the amount of $75.2 million and the Class 9 Senior Credit Deficiency Claim amount of $128.6 million, and (2) providing that the Class 6 and Class 9 Ballots of the Holders of Secured Senior Credit Facility Claims will be counted as set forth herein in connection with the tabulation of ballots and the confirmation hearing on the Amended Plan.

This 6th day of November 2017.

Respectfully submitted,

*/s/ William H. Patrick, III*
William H. Patrick, III (La. Bar No. 10359)
Tristan E. Manthey (La. Bar No. 24539)
Cherie Dessauer Nobles (La. Bar No. 30476)
**Heller, Draper, Patrick, Horn
& Dabney, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: (504) 299-3300
Facsimile: (504) 299-3399
**Counsel for Debtors**