**SO ORDERED.**

**SIGNED November 14, 2017.**



_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-51014 |
| | § | |
| KNIGHT ENERGY HOLDINGS, LLC, *et al*. | § | CHAPTER 11 |
| | § | |
| DEBTORS. | § | |
| | § | |

**AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

Upon consideration the Motions for an Order Granting Relief From the Automatic Stay (Docs. 409 and 412) (the "Motions"), filed herein by Gerald Robicheaux Jr., *et al*., and Willie Broome, the agreement of the Debtors to the relief requested therein, and the Court finding that: (i) it has jurisdiction over the matters raised in the Motions pursuant to 29 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Motions have been given and no other or further notice is necessary; and (iv) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein; therefore:

IT IS ORDERED that the Motions are GRANTED.

IT IS FURTHER ORDERED that the automatic stays be and are hereby modified as to Knight Manufacturing, LLC (the "Subject Debtor") for the limited purpose of allowing the prosecution of the cases captioned *Willie L. Broome v. Chevron U.S.A., Inc., et al.*, No. 766-845, pending in the 24th Judicial District Court for the Parish of Jefferson, and *Gerald Robichaux, Jr., et al. v. Chevron U.S.A., Inc., et al.,* No. 00129335, pending in the 16th Judicial District Court, Iberia Parish. (the "Proceedings").

IT IS FURTHER ORDERED that Gerald Robicheaux Jr., *et al.*, and Willie Broome shall seek recovery on the claims asserted in their Proceedings solely from the applicable insurance policies of the Subject Debtor and the other non-Debtor defendants;

IT IS FURTHER ORDERED that the Subject Debtor's liability in the Proceedings, and for any claims or causes of action that were or could have been raised in those Proceedings, shall be limited to the extent of any coverage provided by the Subject Debtor's applicable insurance policies, including but not limited to United States Fidelity and Guaranty Co., and Underwriters at Lloyd's, London.

IT IS FURTHER ORDERED that except as expressly provided herein, no collection action shall be commenced against the Subject Debtor without prior order of this Court.

IT IS FURTHER ORDERED that Gerald Robicheaux Jr., *et al.*, and Willie Broome may seek and conduct such discovery involving the Subject Debtor as allowed by the applicable rules of civil procedure, local rules, and scheduling orders in the respective Proceedings.

IT IS FURTHER ORDERED that Gerald Robicheaux Jr., *et al.*, and Willie Broome shall move to dismiss the Subject Debtor from their respective Proceedings and withdraw claims from this bankruptcy proceeding not later than ten (10) days of the entry of this order.

IT IS FURTHER ORDERED that nothing herein (i) alters or amends the terms and conditions of any insurance policies issued to the Debtor by ACE American Insurance Company or any of its affiliates or successors (collectively, "Chubb") or any related agreements; (ii) relieves the Debtors of any obligations to Chubb to pay any retentions or to pay (or reimburse Chubb for) any deductibles; (iii) relieves the Debtors of any of their other obligations to Chubb under the insurance policies and related agreements; (iv) creates or permits a direct right of action by Gerald Robicheaux Jr., *et al.*, and/or Willie Broome against Chubb that would not otherwise exist under applicable law; or (v) precludes or limits, in any way, any rights of Chubb to contest and/or litigate the existence, primacy and/or scope of available coverage.

###

This Agreed Order was prepared and submitted by:

| | |
|---|---|
| /s/Matthew D. Rogenes | /s/Tristan Manthey |
| Matthew D. Rogenes, No. 36652 | William H. Patrick, III, No. 10359 |
| Smith Stag LLC | Tristan Manthey, No. 24539 |
| One Canal Place | Cherie Dessauer Nobles, No. 30476 |
| 365 Canal Street, Suite 2850 | 650 Poydras Street, Suite 2500 |
| New Orleans, Louisiana 70130 | New Orleans, Louisiana 70130 |
| Telephone (504) 593-9600 | Telephone: (504) 299-3300 |
| Facsimile: (504) 593-9601 | Facsimile: (504) 299-3399 |
| Email: mrogenes@smithstag.com | Email: tmanthey@hellerdraper.com |
| | *Attorneys for the Debtors* |

*Attorneys for Gerald Robicheaux et al., and Willie Broome.*