IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-51014 |
| KNIGHT ENERGY HOLDINGS, LLC, *ET AL.*[1] | (JOINTLY ADMINISTERED) |
| DEBTORS | CHAPTER 11 |
| | JUDGE ROBERT SUMMERHAYS |

**NOTICE OF FILING OF AMENDED EXHIBIT D-4 – RETAINED CLAIMS AND CAUSES OF ACTION TO THE DISCLOSURE STATEMENT AS OF OCTOBER 17, 2017**

**PLEASE TAKE NOTICE** that on October 17, 2017, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Disclosure Statement as of October 17, 2017* for the *Debtors' Joint Chapter 11 Plan of Reorganization as of October 17, 2017* [Dkt. No. 418] (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that attached hereto is the following amended exhibit to the Disclosure Statement:

- **Exhibit D-4 – Amended Retained Claims and Causes of Action**[2]

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to amend, modify, or supplement the attached.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (9787) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17-51022); Rayne Properties, LLC (7235) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (8254) (Case No. 17-51029). The Debtors' service address is 2727 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 2725 SE Evangeline Thruway, Lafayette, Louisiana 70508.

[2] Due to the volume, Schedule 1 to the original Exhibit D-4 has not been filed again. To the extent that any party would like a copy of Schedule 1, it may be requested from undersigned counsel or accessed from the Court's docket.

November 16, 2017

                                      Respectfully submitted,

                                      */s/ Tristan Manthey*
                                      William H. Patrick, III (La. Bar No. 10359)
                                      Tristan Manthey (La. Bar No. 24539)
                                      Cherie Dessauer Nobles (La. Bar No. 30476)
                                      **Heller, Draper, Patrick, Horn & Dabney, L.L.C.**
                                      650 Poydras Street, Suite 2500
                                      New Orleans, Louisiana 70130-6175
                                      Telephone: 504-299-3300
                                      Fax: 504-299-3399
                                      Email: tmanthey@hellerdraper.com

                                      *Counsel for Debtors*