UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | § | CASE NO. 17-51014 |
| | § | |
| KNIGHT ENERGY HOLDINGS, LLC, | § | CHAPTER 11 |
| et al.[1], | § | |
| Debtors | § | JOINTLY ADMINISTERED |

NOTICE OF HEARING ON
MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362 WITH
INCORPORATED MEMORANDUM IN SUPPORT, FILED BY
SHEILA TURNER, INDIVIDUALLY AND AS NEXT FRIEND OF DAVID JUSTIN
TURNER, JR. AND ALEIGHA TURNER, MINOR CHILDREN AND DANNY EARL
CAIN AS REPRESENTATIVE OF THE ESTATE OF DAVID JUSTIN TURNER AND
AS NEXT FRIEND OF DAVID JUSTIN TURNER, JR. AND ALEIGHA TURNER,
MINOR CHILDREN, DAVID BRYAN TURNER, INDIVIDUALLY, MICHAEL
BROWN, JOHNNY MULLINS, ERIC JUAREZ, AND ARMANDO GONZALES
REGARDING LITIGATION IN THE 295TH JUDICIAL DISTRICT COURT FOR
HARRIS COUNTY, TEXAS

TO ALL PARTIES IN INTEREST:

    PLEASE TAKE NOTICE that SHEILA TURNER, INDIVIDUALLY AND AS NEXT FRIEND OF DAVID JUSTIN TURNER, JR. AND ALEIGHA TURNER, MINOR CHILDREN AND DANNY EARL CAIN AS REPRESENTATIVE OF THE ESTATE OF DAVID JUSTIN TURNER AND AS NEXT FRIEND OF DAVID JUSTIN TURNER, JR. AND ALEIGHA TURNER, MINOR CHILDREN, DAVID BRYAN TURNER, INDIVIDUALLY, MICHAEL BROWN, JOHNNY MULLINS, ERIC JUAREZ, AND ARMANDO GONZALES have filed a MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. 362 WITH INCORPORATED MEMORANDUM IN SUPPORT REGARDING LITIGATION IN THE 295TH JUDICIAL DISTRICT COURT FOR HARRIS COUNTY, TEXAS in the captioned case

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (0000) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17- 51022); Rayne Properties, LLC (0000) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (0000) (Case No. 17- 51029). The Debtors' service address is 2272 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 1042 Forum Drive, Broussard, Louisiana 70518.

1

as provided under Chapter 11 of Title 11 of the United States Code and has requested that the court issue an order lifting the automatic stay of 11 U.S.C. §362 and 1) permitting Movers to continue prosecution of their claims as detailed herein, 2) to liquidate their claim against any insurer, but not to enforce any judgment against Knight or the estate without further order of this Court, 3) to conduct discovery including discovery involving Knight, 4) to continue the Proceeding with Knight as a nominal party, 5) to generally conduct the prosecution of the Proceeding, and 6) for such other relief as the court deems due and appropriate.

NOTICE IS FURTHER GIVEN that CRISTIAN RENTERIA, INDIVIDUALLY, AS INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF JUAN RENTERIA, DECEASED, AND AS NEXT FRIEND OF JULISSA RENTERIA AND MIGUEL RENTERIA, MANUEL NIETO AND DOMITILA RENTERIA have requested a hearing on this motion for relief from stay which has been scheduled for **DECEMBER 12, 2017 AT 10:00 A.M.** before the Bankruptcy Judge in his Courtroom, First Floor, 214 Jefferson Street, Lafayette, Louisiana.

**RESPONSE DEADLINE IS DECEMBER 4, 2017.**

**This Hearing is scheduled on and IF AND ONLY IF basis. Any Answer, Objection or Opposition to the Motion Should be filed with the Clerk's Office and Mailed to the Movant's Counsel WITHIN SEVENTEEN (17) DAYS of the Mailing Date shown on the Movant's Certificate of Mailing of the Motion for Relief from Stay.**

You are hereby notified to take part in this hearing if you deem same necessary.

Lafayette, Louisiana, this November 17, 2017.

    Respectfully submitted,

    /s/ J. David Andress
    J. David Andress (# 27944)
    Andress | Inzina, LLC
    218 Rue Louis XIV, Suite A
    Lafayette, Louisiana 70508
    Telephone: (337) 347-9919
    Facsimile: (337) 541-2553
    Email: david@andressinzina.com
    *Attorney for Movers*