# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 17-51014 (KLP) |
| | : | |
| KNIGHT ENERGY HOLDINGS, LLC, *et al.*,[1] | : | (JOINTLY ADMINISTERED) |
| | : | |
| Debtors. | : | Chapter 11 |
| | : | |
| | : | JUDGE ROBERT SUMMERHAYS |

### NOTICE OF FILING PLAN SUPPLEMENT TO THE JOINT CHAPTER 11 PLAN OF REORGANIZATION AS OF OCTOBER 17, 2017

**PLEASE TAKE NOTICE** that pursuant to Article I(A)(124) of the *Joint Chapter 11 Plan of Reorganization as of October 17, 2017* [P-417] ("Plan"), Knight Energy Holdings, LLC; Knight Oil Tools, LLC; Knight Manufacturing, LLC; KDCC, LLC, f/k/a Knight Well Services, LLC; Tri-Drill, LLC; Advanced Safety & Training Management, LLC; Knight Security, LLC; Knight Information Systems, LLC; El Caballero Ranch, Inc.; Rayne Properties, LLC; Knight Aviation, LLC; Knight Research & Development, LLC; Knight Family Enterprises, LLC; HMC Leasing, LLC; and HMC Investments, LLC (collectively, the "Debtors"), hereby file this Plan Supplement with the Clerk of Court for the United States Bankruptcy Court, Western District of Louisiana, Lafayette Division, which includes the following forms of documents related to the transactions contemplated under the Plan (which forms may be modified, amended or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (9787) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17-51022); Rayne Properties, LLC (7235) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (8254) (Case No. 17-51029). The Debtors' service address is 2727 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 2725 SE Evangeline Thruway, Lafayette, Louisiana 70508

supplemented from time to time in accordance with the Plan):

    **Exhibit 1 - Description of Transaction Steps**

    **Exhibit 2 – Equity Warrants**

    **Exhibit 3 - Iberia Takeback Loans**

    **Exhibit 4 - JPM Commercial Loan**

    **Exhibit 5 - JPM Takeback Consumer Loan**

    **Exhibit 6 - New First Lien Facility Agreement**

    **Exhibit 7 - New Organizational Documents**

    **Exhibit 8 - Updated Schedule of Assumed Executory Contracts and Unexpired Leases**

    **Exhibit 9 - Identities of Reorganized Knight Board**

    **Exhibit 10 - List of Retained Causes of Action**

    **Exhibit 11 - New Leases Term Sheet**

**PLEASE TAKE FURTHER NOTICE** a copy of the Plan Supplement is on file and available for review at the following link www.donlinrecano.com/knight and at the Office of the Clerk of Court of the United States Bankruptcy Court at the address set forth below. A copy of the Plan Supplement and all exhibits may also be obtained via the Court's website at www.lawb.uscourts.gov or upon written request to undersigned counsel.

**DATED:  November 17, 2017.**

                Respectfully submitted,

                */s/ William H. Patrick, III*
                William H. Patrick, III (La. Bar No. 10359)
                Tristan E. Manthey, (La. Bar No. 24539)
                Cherie Dessauer Nobles, (La. Bar No. 30476)
                **Heller, Draper, Patrick, Horn & Dabney, L.L.C.**
                650 Poydras Street, Suite 2500
                New Orleans, Louisiana 70130-6175
                Telephone:  504-299-3300
                Fax:  504-299-3399

                *Counsel for the Debtors*