UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
Lafayette Division

| | |
|---|---|
| IN RE: | CASE NO. 17-51014 |
| KNIGHT ENERGY HOLDINGS, LLC, *et al.* [1] | (Jointly Administered) |
| Debtors | CHAPTER 11 |

**OPPOSITION TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE AUTHORIZING DEBTORS TO (A) REJECT CERTAIN EXECUTORY CONTRACTS AND LEASES AND (B) SET A BAR DATE FOR ANY AND ALL CLAIMS AGAINST THE DEBTORS RELATED TO THE EXECUTORY CONTRACTS AND LEASES**

**NOW INTO COURT**, through undersigned counsel, comes Dean A. Cole ("Mr. Cole"), a creditor and interested party herein, who files this opposition to the Debtors' *Motion for an Order Pursuant to Section 365(a) of the Bankruptcy Code Authorizing Debtors to (A) Reject Certain Executory Contracts and Leases and (B) Set a Bar Date for any and all Claims Against the Debtors Related to the Executory Contracts and Leases* ("Motion to Reject") [P-486] and respectfully represents as follows:

1.

Through the Motion to Reject, the Debtors' seek to reject the Employment Agreement, dated April 1, 2006 ("Employment Agreement"), between Mr. Cole and Knight Oil Tools, LLC

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (0000) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17-51022); Rayne Properties, LLC (0000) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (0000) (Case No. 17-51029). The Debtors' service address is 2272 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 1042 Forum Drive, Broussard, Louisiana 70518.

("Knight"), a debtor in this jointly administered proceeding.  This is just one of the ninety-four (94) different leases and contracts which the Debtors deem as executory and seek to have rejected.

2.

The Debtors have not stated why the contract is executory, and in the case of Mr. Cole's Employment Agreement, it is clear that it was terminated many months before this case was filed.  Attached hereto as Exhibit 1 is Mr. Cole's timely filed Proof of Claim with attached documentation of the claim and contract on which it is based.

3.

As can be seen from these documents, Knight elected not to renew Mr. Cole's Employment Agreement and terminated the Employment Agreement without cause by letter dated January 14, 2016.  To date, Mr. Cole is owed various financial components of his terminated Employment Agreement.  Demand was made for those payments on March 28, 2016, but they have not yet been paid.

4.

Pursuant to the September 25, 2012 memorandum issued in the chapter 11 bankruptcy proceeding *In re Ellipsat, Inc., (f/k/a Ellipso, Inc.)*, Case No. 09-00148, U.S. Bankruptcy Court for the District of Columbia, "the most commonly used definition of "executory contract" defines it as "a contract under which the obligation of both the bankrupt and the other party to the contract are so far unperformed that the failure of either to complete performance would constitute a material breach excusing the performance of the other." Vern Countryman, *Executory Contracts in Bankruptcy: Part I, 57* MINN. L. REV. 439, 460 (1973); 3 COLLIER ON BANKRUPTCY ¶365.02 [2] (16th ed.); *see also In re Exide Techns.,* 607 F.3d 957, 962 (3d Cir. 2010); *Kaler v. Craig (In re Craig),* 144 F.3d 593, 596 (8th Cir. 1998); *Elliot v. Four Seasons Props. (In re Frontier*

*Props., Inc.)*, 979 F.2d 1358, 1364 (9th Cir. 1992); *Terrell v. Albaugh (In re Terrell)*, 892 F.2d 469, 471 n.2 (6th Cir. 1989); *Gloria Mfg. Corp. v. Int'l Ladies' Garment Workers' Union*, 734 F.2d 1020, 1022 (4th Cir. 1984). "In general, courts examine the executory status of a contract as of the date the petition was filed. *See In re Exide Techns.*, 607 F.3d at 962; *Enter. Energy Corp. v. United States (In re Columbia Gas Sys., Inc.)*, 50 F.3d 233, 240 (3d Cir. 1995)"."

5.

In a situation similar to this case, Judge Duberstein, in the case of *In re Spectrum Information Technologies, Inc.*, 190 B.R. 741, USBC EDNY (1996), found various employment agreements and separation agreements to have restrictive covenants including confidentiality and non-compete clauses. Such continuing obligations on the part of terminated employees did not rise to the status of material provisions. Judge Duberstein ruled that the contracts were not executory contracts and not subject to rejection under Section 365.

6.

Mr. Cole had no material obligations to his employer after January 14, 2016, so the Employment Agreement cannot be an executory contract.

WHEREFORE, Mr. Cole prays that this Opposition is deemed good and sufficient and that his Employment Agreement with Knight be deemed not to be an executory contract; and, for any and all other relief to which he may be entitled.

**Respectfully submitted:**

**STEFFES, VINGIELLO & McKENZIE, LLC**
By: **/s/ Arthur A. Vingiello**
**ARTHUR A. VINGIELLO (#13098)**
13702 Coursey Blvd., Bldg. 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
E-mail: avingiello@steffeslaw.com
*Attorneys for Dean A. Cole*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# Lafayette Division

| | |
|---|---|
| IN RE: | CASE NO. 17-51014 |
| **KNIGHT ENERGY HOLDINGS, LLC,** *et al.* | (Jointly Administered) |
| Debtors | CHAPTER 11 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing *Opposition* has been served via Email through this Court's CM/ECF Electronic Notification System to the following parties:

H. Kent Aguillard on behalf of Interested Party Margie Serrette kaguillard@yhalaw.com
J. David Andress on behalf of Creditor Cristian Renteria andresslawfirmnotices@gmail.com
Edward H. Arnold, III on behalf of Creditor Committee Official Committee of Unsecured Creditors harnold@bakerdonelson.com
Rudy J. Cerone on behalf of Creditor Cantor Fitzgerald Securities rcerone@mcglinchey.com
Brian C. Colomb on behalf of Creditor Jeanne Buford brian@getgordon.com
Michael A. Crawford on behalf of Creditor IberiaBank mike.crawford@taylorporter.com
John P. Dillman on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@publicans.com
Donlin Recano & Company, Inc. LJordan@DonlinRecano.com
Douglas S. Draper on behalf of Debtor Advanced Safety & Training Management, LLC ddraper@hellerdraper.com
Stanwood R. Duval on behalf of Creditor Gulfstream Services, Inc. stan@duvallawfirm.com
Sarah E. Edwards on behalf of Creditor Cantor Fitzgerald Securities sedwards@mcglinchey.com
J. David Forsyth on behalf of Debtor Helis Oil & Gas Company, LLC jdf@sessions-law.com
Bradley R. Foxman on behalf of Creditor Clearlake Capital Partners IV Finance LP bfoxman@velaw.com
Brett P. Furr on behalf of Creditor IberiaBank brett.furr@taylorporter.com
Jan Marie Hayden on behalf of Creditor Committee Official Committee of Unsecured Creditors jhayden@bakerdonelson.com
Paul E. Heath on behalf of Creditor Clearlake Capital Partners IV Finance LP pheath@velaw.com
Joseph P. Hebert on behalf of Creditor JPMorgan Chase Bank, N.A. jphebert@liskow.com
Benjamin W. Kadden on behalf of Interested Party Rippy Interest LLC bkadden@lawla.com
Brian A. Kilmer on behalf of Creditor Fieldwood Energy LLC bkilmer@kcw-lawfirm.com
Bradley Clay Knapp on behalf of Creditor Grace River Ranch, LLC bknapp@lockelord.com
James J. Lee on behalf of Creditor Clearlake Capital Partners IV Finance LP jimlee@velaw.com
Armistead M. Long on behalf of Interested Party Kelley Knight Sobiesk along@gamb.law
Tristan E. Manthey on behalf of Debtor Advanced Safety & Training Management, LLC tmanthey@hellerdraper.com
Samuel E. Masur on behalf of Interested Party Kelley Knight Sobiesk smasur@gamb.law
Susan C. Mathews on behalf of Creditor Committee Official Committee of Unsecured Creditors smathews@bakerdonelson.com
Gail Bowen McCulloch on behalf of U.S. Trustee Office of U. S. Trustee gail.mcculloch@usdoj.gov
Mark A. Mintz on behalf of Creditor Jones Walker LLP mmintz@joneswalker.com
Leann Opotowsky Moses on behalf of Creditor Whitney Bank moses@carverdarden.com
Cherie D. Nobles on behalf of Debtor Advanced Safety & Training Management, LLC cnobles@hellerdraper.com
Jean Paul P. Overton on behalf of Creditor Workstrings International, L.L.C. jeanpaul.overton@superiorenergy.com

William H. Patrick, III on behalf of Debtor Advanced Safety & Training Management, LLC
wpatrick@hellerdraper.com
Steven T. Ramos on behalf of Creditor DJD Development Group, LLC sramos@andrus-boudreaux.com
Scott M. Richard on behalf of Creditor EDI Environmental Services, Inc. srichard@davidsonmeaux.com
Lacey Elizabeth Rochester on behalf of Creditor Committee Official Committee of Unsecured Creditors
lrochester@bakerdonelson.com
Matthew D. Rogenes on behalf of Creditor Gerald Robicheaux mrogenes@smithstag.com
Craig A. Ryan on behalf of Creditor Onebane Law Firm ryanc@onebane.com
Wayne A. Shullaw on behalf of Creditor Rayne Land Planes, Inc. c/o Wayne Shullaw Attorney
wayne@shullaw.com
Charles Matthew Thompson on behalf of Creditor Cokinos Young mthompson@cokinoslaw.com
Office of U. S. Trustee USTPRegion05.SH.ECF@usdoj.gov
Elizabeth Weller on behalf of Creditor Dallas County dallas.bankruptcy@publicans.com
Stacy C. Wheat on behalf of Creditor JPMorgan Chase Bank, National Association bankruptcy@gra-arc.com
Stephen D. Wheelis on behalf of Creditor Bestway Oilfield, Inc. steve@wheelis-rozanski.com
Sharon S. Whitlow on behalf of Creditor PetroQuest Energy, LLC ssw@longlaw.com

I hereby further certify that a copy of the *Opposition* has been served upon counsel for the Debtors, Tristan E. Manthey, Heller, Draper, Patrick, Horn & Dabney, LLC, 650 Poydras Street, Suite 2500, New Orleans, LA 70130-6175, by depositing same in the US Mail, postage prepaid and properly addressed.

Baton Rouge, Louisiana, this 21st day of November, 2017.

                                            /s/ Ashley D. Kujawa
                                               Ashley D. Kujawa