UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA



MINUTE ENTRY

17-51014 Knight Energy Holdings, LLC, et al    Chapter: 11

(1)  Amended Chapter 11 Plan

(2)  Motion to Reject Leases or Executory Contracts on behalf of Knight Energy Holdings (464)

(3)  Motion to Reject Leases or Executory Contracts, Motion to Set Last Day to File Proof of Claim for the counter parties to the Rejected Contracts and Leases on behalf of Knight Energy Holdings (486)

(4)  Motion to Extend Time Within Which the Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property on behalf of Knight Energy Holdings, LLC (491)

(5)  Motion to Assume Leases or Executory Contracts ** Motion to Authorize the Debtors to Assume the Restructuring Support Agreement on behalf of Advanced Safety & Training Management, et al (87)

**APPEARANCES:**

Cherie D. Nobles and Douglas S. Draper and Tristan E. Manthey and William H. Patrick III representing DIP
Gail Bowen McCulloch representing Office of U. S. Trustee
Jan Marie Hayden representing Committee of Unsecured Creditors
Sarah Edwards, Paul Heath & Brad Foxman for Clearlake
Army Long for Kelley Knight Sobiesk
JP Hebert for Chase
Stacy Wheat for JPMorgan Chase Consumer
Arthur Vingiello for Dean Cole et al
Michael Crawford for IberiaBank

**RULING:** (1) Plan is confirmed. (2) Motion is granted. (3) Motion is granted. (4) Motion is granted. (5) Motion is granted.

**ORDER TO BE PREPARED BY:** Patrick

Date: November 29, 2017