**SO ORDERED.**

**SIGNED December 1, 2017.**



_____
ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-51014 |
| | § | |
| KNIGHT ENERGY HOLDINGS, LLC, | § | CHAPTER 11 |
| *et al*.,[1] | § | |
| | § | |
| DEBTORS. | § | |
| | § | |

### AGREED ORDER GRANTING
### MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362

Upon consideration the Motion for Relief from Stay Pursuant to 11 U.S.C. §362 [Dkt. 461] (the "Motion"), filed herein by Jeanne A. Buford ("Buford"), the agreement of the Debtors

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (9787) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17-51022); Rayne Properties, LLC (7235) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (8254) (Case No. 17-51029). The Debtors' service address is 2727 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 2725 SE Evangeline Thruway, Lafayette, Louisiana 70508.

{00360446-1}    1

to the relief requested therein, and the Court finding that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Motion has been given and no other or further notice is necessary; and (iv) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein; therefore:

IT IS ORDERED that the Motion is GRANTED, as set forth herein;

IT IS FURTHER ORDERED that the automatic stay be and is hereby modified as to Debtors for the limited purpose of allowing the prosecution of the case captioned as *Jeanne A. Buford v. Brandon K. Henry, et al.,* Docket No. 127215, Division C on the docket of the 16th Judicial District Court of Iberia Parish, Louisiana (the "Proceeding");

IT IS FURTHER ORDERED that Buford shall seek recovery on the claims asserted in the Proceeding solely from applicable insurance policies of the Debtors and the other non–Debtor defendants;

IT IS FURTHER ORDERED that the Debtors' liability in the Proceeding, and for any claims or causes of action that were or could have been raised in the Proceeding, shall be limited to the extent of any coverage provided by the Debtors' applicable insurance policies;

IT IS FURTHER ORDERED that except as expressly provided herein, no collection action shall be commenced against the Debtors without prior order of this Court.

IT IS FURTHER ORDERED that Buford may seek and conduct such discovery involving the Debtors as allowed by the applicable rules of civil procedure, local rules and scheduling orders in the Proceeding;

IT IS FURTHER ORDERED that Burford shall move to dismiss the Subject Debtor from their respective Proceedings and withdraw any claims from this bankruptcy proceeding not later than ten (10) days of the entry of this order.

IT IS FURTHER ORDERED that nothing herein (i) alters or amends the terms and conditions of any insurance policies issued to the Debtors or any related agreements; (ii) relieves the Debtors of any obligations to applicable insurance policies of the Debtors to pay any retentions or to pay (or reimburse applicable insurance policies of the Debtors for) any deductibles; (iii) relieves the Debtors of any of their other obligations to applicable insurance policies of the Debtors under the insurance policies and related agreements; (iv) creates or permits a direct right of action by Buford against any applicable insurance policies that would not otherwise exist under applicable law; or (v) precludes or limits, in any way, any rights of any applicable insurance policies to contest and/or litigate the existence, primacy and/or scope of available coverage.

###

This Agreed Order was prepared and is being submitted by:

*/s/Brian C. Colomb*
Brian C. Colomb (La. Bar. No. 25625)
GORDON MCKERNAN INJURY ATTORNEYS
1819 West Pinhook Road, Ste. 250
Post Office Box 51127 (70505)
Lafayette, Louisiana 70508
Telephone: (337) 443-6954
Facsimile: (337) 704-2805
Email: Brianc@getgordon.com

*Attorneys for Jeanne A. Buford*

and

  */s/Tristan Manthey*
**Heller, Draper, Patrick, Horn & Dabney, L.L.C.**
William H. Patrick, III (La. Bar No. 10359)
Tristan Manthey (La. Bar No. 24539)
Cherie Dessauer Nobles (La. Bar No. 30476)
650 Poydras St., Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: (504) 299-3300
Facsimile: (504) 299-3399
Email:  Tmanthey@hellerdraper.com

*Attorneys for the Debtors*

{00360446-1}    4