**SO ORDERED.**

**SIGNED December 4, 2017.**



_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-51014 |
| KNIGHT ENERGY HOLDINGS, LLC, *ET AL.* [1] | (JOINTLY ADMINISTERED) |
| DEBTORS | CHAPTER 11 |
| | JUDGE ROBERT SUMMERHAYS |

### ORDER GRANTING MOTION FOR AN ORDER AUTHORIZING THE DEBTORS TO REJECT THE FARM AND RANCH CONTRACT ENTERED INTO BETWEEN EL CABALLERO RANCH, INC. AND LASALLE RIVER RANCH, LLC AND RELATED RELIEF

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (9787) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17-51022); Rayne Properties, LLC (7235) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (8254) (Case No. 17-51029). The Debtors' service address is 2727 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 2725 SE Evangeline Thruway, Lafayette, Louisiana 70508.

{00360611-1}

Upon consideration of the *Motion for an Order Authorizing the Debtors to Reject the Farm and Ranch Contract Entered Into Between El Caballero Ranch, Inc. and Lasalle River Ranch, LLC and Related Relief* [P-464] (the "Motion")[2] filed by Knight Energy Holdings, LLC; Knight Oil Tools, LLC; Knight Manufacturing, LLC; KDCC, LLC, f/k/a Knight Well Services, LLC; Tri-Drill, LLC; Advanced Safety & Training Management, LLC; Knight Security, LLC; Knight Information Systems, LLC; El Caballero Ranch, Inc.; Rayne Properties, LLC; Knight Aviation, LLC; Knight Research & Development, LLC; Knight Family Enterprises, LLC; HMC Leasing, LLC; and HMC Investments, LLC (collectively, the "Debtors"), as debtors-in-possession, which came for hearing before this Court on November 29, 2017 at 10:00 a.m.; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion and opportunity for objection having been given; no objections being filed; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby:

**ORDERED** that the Motion is hereby **GRANTED**; and it is further

**ORDERED** that pursuant to section 365(a) of the Bankruptcy Code, the Farm and Ranch Contract ("Purchase Agreement") entered into between El Caballero and LaSalle River Ranch, LLC ("LaSalle"), to the extent it is in effect and has not been terminated or abandoned under applicable state law or is not terminable at will (and the

---

[2] Capitalized terms not defined herein are as defined in the Motion.

{00360611-1}

Debtors reserving all rights and defenses with respect thereto), is hereby rejected effective immediately; and it is further

**ORDERED** that the provisions of Sections 365(h), (i) and (j) are not applicable to the Purchase Agreement; and it is further

**ORDERED** that the Property shall be free and clear of any and all liens, claims, rights of use or access, and encumbrances of any kind or nature in favor of or asserted by LaSalle and/or the Brokers (and any other party who may assert derivative claims or rights through them) arising from the Purchase Agreement or as a result of its rejection; and it is further

**ORDERED** that LaSalle and the Brokers shall file any and all claims against the Debtors related to the Purchase Agreement, including but not limited to rejection damage claims and administrative expense claims, no later than thirty (30) days after entry of this Order; and it is further

**ORDERED** that the Debtors shall serve this order on the affected parties and file a certificate of service to that effect within three (3) days.

###

This order was prepared and is being submitted by:

*/s/ Tristan E. Manthey*
William H. Patrick, III (La. Bar No. 10359)
Tristan E. Manthey, (La. Bar No. 24539)
Cherie Dessauer Nobles, (La. Bar No. 30476)
**Heller, Draper, Patrick, Horn & Dabney, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300 // Fax: 504-299-3399
**Counsel for Debtors**