**SO ORDERED.**

**SIGNED December 4, 2017.**



_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| IN RE: | CASE NO. 17-51014 |
|---|---|
| KNIGHT ENERGY HOLDINGS, LLC, *ET AL.* [1] | (JOINTLY ADMINISTERED) |
| DEBTORS | CHAPTER 11 |
| | JUDGE ROBERT SUMMERHAYS |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (9787) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17-51022); Rayne Properties, LLC (7235) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (8254) (Case No. 17-51029). The Debtors' service address is 2727 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 2725 SE Evangeline Thruway, Lafayette, Louisiana 70508.

{00360312-1}

# ORDER GRANTING MOTION FOR AN ORDER PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE AUTHORIZING DEBTORS TO (A) REJECT CERTAIN EXECUTORY CONTRACTS AND LEASES AND (B) SET A BAR DATE FOR ANY AND ALL CLAIMS AGAINST THE DEBTORS RELATED TO THE EXECUTORY CONTRACTS AND LEASES

Upon consideration of the *Motion for an Order Pursuant to Section 365(a) of the Bankruptcy Code Authorizing Debtors to (A) Reject Certain Executory Contracts and Leases and (B) Set a Bar Date for Any and All Claims Against the Debtors Related to the Executory Contracts and Leases* [P-486] (the "Motion")[2] filed by Knight Energy Holdings, LLC; Knight Oil Tools, LLC; Knight Manufacturing, LLC; KDCC, LLC, f/k/a Knight Well Services, LLC; Tri-Drill, LLC; Advanced Safety & Training Management, LLC; Knight Security, LLC; Knight Information Systems, LLC; El Caballero Ranch, Inc.; Rayne Properties, LLC; Knight Aviation, LLC; Knight Research & Development, LLC; Knight Family Enterprises, LLC; HMC Leasing, LLC; and HMC Investments, LLC (collectively, the "Debtors"), as debtors-in-possession, which came before this Court on November 29, 2017 at 10:00 a.m.; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion and opportunity for objection having been given; no objections being filed; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby:

**ORDERED** that the Motion is hereby **GRANTED**; and it is further

**ORDERED** that pursuant to section 365(a) of the Bankruptcy Code, the executory contracts and unexpired leases set forth on Exhibit "A" attached hereto

---

[2] Capitalized terms not defined herein are as defined in the Motion.

{00360312-1}

(collectively, the "Rejected Contracts and Leases"), to the extent they are executory contracts, are hereby rejected effective as of immediately prior to the Petition Date; and it is further

**ORDERED** that any counterparty to the Rejected Contracts and Leases shall file any and all claims against the Debtors related to the Rejected Contracts and Leases, including but not limited to rejection damage claims and administrative expense claims, no later than thirty (30) days after entry of this Order; and it is further

**ORDERED** that notwithstanding any such rejection, any timely filed proof of claim filed by Helis Oil & Gas Company, LLC ("Helis") shall be deemed to constitute a timely-filed rejection claim pursuant to Article 5.E. of the Plan and this Order, and Helis is not required to file a separate rejection claim; and it is further

**ORDERED** that the Debtors shall serve this order on the parties listed on Exhibit "A" and file a certificate of service to that effect within three (3) days.

###

This order was prepared and is being submitted by:

*/s/ Tristan E. Manthey*
William H. Patrick, III (La. Bar No. 10359)
Tristan E. Manthey, (La. Bar No. 24539)
Cherie Dessauer Nobles, (La. Bar No. 30476)
**Heller, Draper, Patrick, Horn & Dabney, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300 // Fax: 504-299-3399
**Counsel for Debtors**

# EXHIBIT A

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS MOTION OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR REJECTION IDENTIFIED IN THIS MOTION AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS MOTION OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR REJECTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date |
|---|---|---|---|---|---|---|---|
| 1 | Apex Oil and Gas, Inc. | Knight Oil Tools, LLC | Guaranty Agreement | Guaranty | Pursuant to the Agreement, the Estate of William G. Helis, a Louisiana partnership | February 15, 2013 | Undetermined |
| 2 | Artis HRA Hudson Bay LP | Knight Oil Tools, LLC | Second Amendment to Lease | Real Estate Lease | 1600 Stout Street, Suite 1550, Denver, Colorado 80202 | July 31, 2014 | September 30, 2017 |
| 3 | AT&T | Knight Oil Tools LLC | Telecom Services Agreement | Telecom Services | 337-261-8098 002 0513 | Undetermined | Month to Month |
| 4 | AT&T | Knight Oil Tools LLC | Telecom Services Agreement | Telecom Services | 831-000-6130 783 | Undetermined | September 1, 2018 |
| 5 | Bizzuka, Inc. | Knight Manufacturing, LLC | License Agreement | License Agreement | Website license agreement - AmeriCommerce Fees | September 2016 | September 2017 |
| 6 | Brian J Sokol Consulting | Knight Oil Tools, LLC | Contractor Agreement | Contractor Agreement | Contractor Agreement | July 1, 2017 | September 30, 2017 |
| 7 | Castille Investment Company, LLC | Knight Oil Tools, LLC | Lease Assignment | Real Estate Lease Assignment | 203 Shepard Drive | July 8, 2015 | December 31, 2031 |
| 8 | CE Properties | HMC Leasing, LLC | Commercial Lease | Real Estate Lease | 2401 S. Greely Hwy. Cheyenne, WY 82007-3435 | February 1, 2014 | Undetermined |
| 9 | CenturyLink | HMC Leasing, LLC | Services Agreement | Telecom and Internet Services | 311184891 | Undetermined | Undetermined |
| 10 | Challenger Minerals Inc. | Knight Oil Tools, LLC | Purchase and Sale Agreement | Guaranty | Guaranty Agreement | February 23 ,2012 | Undetermined |
| 11 | Chevron U.S.A. Inc.. | Knight Oil Tools, LLC | Amendment to Guaranty Agreement Knight Oil Tools, LLC to Chevron U.S.A. Inc. Dated September 11, 2013 | Guaranty | Guaranty Agreement | September 11, 2013 | Undetermined |
| 12 | Chevron U.S.A. Inc.. | Knight Oil Tools LLC | Guaranty Agreement | Guaranty | Guaranty Agreement | September 11, 2012 | Undetermined |
| 13 | Comcast | Knight Oil Tools LLC | Master Services Agreement | Cable, Internet and Telecom Services | 8497 70 075 0518803 | Undetermined | November 12, 2017 |
| 14 | Corporate Services L.L.C. | Knight Oil Tools, LLC | Annual Maintenance & Support Agreement | Software Maintenance Agreement | RTMS Maintenance & Support Agreement | 2013 | August 2017 |
| 15 | DJD Development, LLC | Advanced Safety and Training Management, LLC | First Amendment to Commercial Lease | Real Estate Lease | 1042 Forum Drive, Broussard, LA 70518 | March 20, 2017 | Month to Month |
| 16 | DJD Development, LLC | HMC Leasing, LLC | First Amendment to Commercial Lease | Real Estate Lease | 1042 Forum Drive, Broussard, LA 70518 | March 20, 2017 | Month to Month |
| 17 | DJD Development, LLC | HMC Leasing, LLC | Commercial Lease | Real Estate Lease | 1042 Forum Drive, Broussard, LA 70518 | August 15, 2014 | August 15, 2017 |
| 18 | Donald N. Standefer | HMC Leasing, LLC | Lease Agreement | Real Estate Lease | 46865 Kenai Spur Highway, located at Mile 20.25 Spur Highway, Robert Homestead Tract A | August 14, 2013 | August 14, 2015 |
| 19 | Donald N. Standefer | HMC Leasing, LLC | Leasehold Improvements Agreement | Real Estate Lease | 46865 Kenai Spur Highway, located at Mile 20.25 Spur Highway, Robert Homestead Tract A | August 15, 2014 | Undetermined |
| 20 | DTC Office Investments, LLC | Knight Oil Tools, LLC | Lease | Real Estate Lease | 1600 Stout Street, Suite 1230 and a portion of Suite 1200, Denver, Colorado 80202 | November 14, 2005 | June 30, 2011 |
| 21 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0082 | Undetermined | Month to Month |

* All of the above listed Executory Contracts and Unexpired Leases shall be rejected in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

1

# EXHIBIT A

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS MOTION OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR REJECTION IDENTIFIED IN THIS MOTION AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS MOTION OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR REJECTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date |
|---|---|---|---|---|---|---|---|
| 22 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0083 | Undetermined | September 30, 2019 |
| 23 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0084 | Undetermined | January 31, 2018 |
| 24 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0085 | Undetermined | January 1, 2018 |
| 25 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0086 | Undetermined | Month to Month |
| 26 | Electronic Protection Systems | Tri-Drill, LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0093 | Undetermined | Month to Month |
| 27 | Electronic Protection Systems | Tri-Drill, LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0094 | Undetermined | Month to Month |
| 28 | Electronic Protection Systems | HMC Leasing, LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0101 | Undetermined | Month to Month |
| 29 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0110 | Undetermined | Month to Month |
| 30 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0114 | Undetermined | Month to Month |
| 31 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0116 | Undetermined | Month to Month |
| 32 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0123 | Undetermined | November 30, 2017 |
| 33 | Electronic Protection Systems | Tri-Drill, LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0125 | Undetermined | December 31, 2017 |
| 34 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0131 | Undetermined | Month to Month |
| 35 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0141 | Undetermined | March 30, 2018 |
| 36 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0142 | Undetermined | Month to Month |
| 37 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0143 | Undetermined | Month to Month |
| 38 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0145 | Undetermined | Month to Month |
| 39 | Electronic Protection Systems | Knight Manufacturing, LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0146 | Undetermined | April 30, 2018 |
| 40 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0157 | Undetermined | Month to Month |
| 41 | Electronic Protection Systems | Knight Manufacturing, LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0158 | Undetermined | Month to Month |
| 42 | Electronic Protection Systems | Knight Manufacturing, LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0159 | Undetermined | Month to Month |
| 43 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0160 | Undetermined | Month to Month |

\* All of the above listed Executory Contracts and Unexpired Leases shall be rejected in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

# EXHIBIT A

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS MOTION OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR REJECTION IDENTIFIED IN THIS MOTION AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS MOTION OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR REJECTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date |
|---|---|---|---|---|---|---|---|
| 44 | Electronic Protection Systems | Knight Manufacturing, LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0173 | Undetermined | Month to Month |
| 45 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0254 | Undetermined | Month to Month |
| 46 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-0272 | Undetermined | Month to Month |
| 47 | Electronic Protection Systems | El Caballero Ranch, Inc. | Client Monitoring Agreement | Security System and Monitoring Services | 24-0273 | Undetermined | Month to Month |
| 48 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | 24-1281 | Undetermined | Month to Month |
| 49 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | BIP00600 | Undetermined | Month to Month |
| 50 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | BIP00601 | Undetermined | Month to Month |
| 51 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | R-0971 | Undetermined | Month to Month |
| 52 | Electronic Protection Systems | Knight Oil Tools LLC | Client Monitoring Agreement | Security System and Monitoring Services | R-3266 | Undetermined | Month to Month |
| 53 | Electronic Protection Systems | HMC Leasing, LLC | Client Monitoring Agreement | Security System and Monitoring Services | R-3286 | Undetermined | Month to Month |
| 54 | Electronic Protection Systems | Knight Manufacturing, LLC | Client Monitoring Agreement | Security System and Monitoring Services | R-3824 | Undetermined | Month to Month |
| 55 | Electronic Protection Systems | HMC Leasing, LLC | Client Monitoring Agreement | Security System and Monitoring Services | N/A | Undetermined | Month to Month |
| 56 | Hall-Houston Exploration, L.P. | Knight Oil Tools, LLC | Guaranty Agreement | Guaranty | Pursuant to the Agreement, the Estate of William G. Helis, a Louisiana partnership | February 15, 2013 | Undetermined |
| 57 | Helis Oil & Gas Company, L.L.C. | Knight Oil Tools, LLC | Agreement regarding Assumption of Obligations and Guaranty | Guaranty | Pursuant to the Purchase and Sale Agreement dated February 23, 2012 with Challenger Minerals Inc. | February 23, 2012 | Undetermined |
| 58 | Helis Oil & Gas Company, L.L.C. | Knight Oil Tools, LLC | Agreement regarding Assumption of Obligations and Guaranty | Guaranty | Guaranty Agreement dated April 27, 2012 | February 23, 2012 | Undetermined |
| 59 | Hilliard Office Solutions | Knight Oil Tools, LLC | Third Party Maintenance Agreement | Copier Maintenance Agreement - Lessee | CN3298-01 | September 18, 2016 | September 17, 2017 |
| 60 | Houma-Terrebonne Airport Commission | Knight Oil Tools, LLC | Lease Agreement | Real Estate Lease | 865 Blimp Road, Houman, Terrebonne Parish, Louisiana, on the Houma-Terrebonne Airport property having an area of 2.0 acres | April 1, 2000 | Undetermined |
| 61 | Houma-Terrebonne Airport Commission | Knight Oil Tools, LLC | Extract of Lease | Real Estate Lease | 865 Blimp Road, Houman, Terrebonne Parish, Louisiana, on the Houma-Terrebonne Airport property having an area of 0.81 acres | August 1, 2000 | Undetermined |
| 62 | HTD-Hudson Bay, LLC | Knight Oil Tools, LLC | First Amendment to Lease | Real Estate Lease | 1600 Stout Street, Suite 1550, Denver, Colorado 80202 | June 30, 2011 | July 31, 2014 |
| 63 | Itelligence, Inc. | Knight Oil Tools, LLC | Application Management Services Statement of Work | Statement of Work | SAP Consulting Services | September 1, 2015 | August 31, 2017 |

\* All of the above listed Executory Contracts and Unexpired Leases shall be rejected in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

3

# EXHIBIT A

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS MOTION OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR REJECTION IDENTIFIED IN THIS MOTION AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS MOTION OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR REJECTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date |
|---|---|---|---|---|---|---|---|
| 64 | Lafayette Airport Commission | Knight Aviation, L.L.C. | Lease Agreement | Real Estate Lease | A certain tract or parcel of land located at the Lafayette Regional Airport on 203 Shepard Drive | January 1, 2007 | December 31, 2031 |
| 65 | Mediacom | HMC Leasing, LLC | Service Agreement | Cable Services | 8383600220197700 | Undetermined | Month to Month |
| 66 | Mitel Cloud Services | Knight Oil Tools LLC | Service Agreement | Telecom Services | 260004811 | Undetermined | February 19, 2018 |
| 67 | MLC Cad Systems | Knight Oil Tools LLC | Subscription Service Agreement | Reseller Subscription Agreement | SOLIDWORKS ENTERPRISE PDM | March 2016 | March 2017 |
| 68 | MLC Cad Systems | Knight Oil Tools LLC | Subscription Service Agreement | Reseller Subscription Agreement | SOLIDWORKS ENTERPRISE PDM CAD CONTRIBUTOR | March 2016 | March 2017 |
| 69 | MLC Cad Systems | Knight Oil Tools LLC | Subscription Service Agreement | Reseller Subscription Agreement | SOLIDWORKS PROFESSIONAL | March 2016 | March 2017 |
| 70 | MLC Cad Systems | Knight Oil Tools LLC | Subscription Service Agreement | Reseller Subscription Agreement | SOLIDWORKS STANDARD - NETWORK LICENSE | March 2016 | March 2017 |
| 71 | MLC Cad Systems | Knight Oil Tools LLC | Subscription Service Agreement | Reseller Subscription Agreement | Solidworks Electrical | March 2016 | March 2017 |
| 72 | Pat McLaughlin | Knight Energy Holdings, LLC | Retirement/Separation Agreement | Retirement/Separation Agreement | Retirement/Separation Agreement | July 2, 2015 | Undetermined |
| 73 | Pat McLaughlin | Knight Oil Tools, LLC | Retirement/Separation Agreement | Retirement/Separation Agreement | Retirement/Separation Agreement | July 2, 2015 | Undetermined |
| 74 | Paul W. Latiolais | Knight Oil Tools, LLC | Employment Agreement | Employment Agreement | Employment Agreement | September 23, 2013 | Undetermined |
| 75 | Rayne Land Planes, Inc. | Knight Manufacturing, LLC | Lease Agreement | Real Estate Lease | 220 South Eastern Avenue, Rayne LA | January 17, 2015 | January 16, 2018 |
| 76 | TDS (formerly Baja Broadband LLC) | Knight Oil Tools LLC | Commercial Service Agreement | Internet and Telecom Services | 8224 20 004 0151861 | May 13, 2014 | May 13, 2019 |
| 77 | Terrebonne Port Commission | KDCC, L.L.C. f/k/a Knight Well Services, LLC | Contract of Lease | Real Estate Lease | 1.56 Acre Lease Located in Section 12, T17S-R17E Terrebonne Parish, Louisiana | October 1, 2007 | September 30, 2017 |
| 78 | Terrebonne Port Commission | KDCC, L.L.C. f/k/a Knight Well Services, LLC | Contract of Lease | Real Estate Lease | 2.96 Acre Lease Located in Section 12, T17S-R17E Terrebonne Parish, Louisiana | May 9, 2006 | May 9, 2016 |
| 79 | Thomson Reuters (Tax & Accounting) Inc. | Knight Oil Tools, LLC | Subscription License Agreement | Software License | Sabrix/OneSource Tax Software - VAT | March 27, 2017 | March 26, 2018 |
| 80 | Thomson Reuters (Tax & Accounting) Inc. | Knight Oil Tools, LLC | Subscription License Agreement | Software License | Sabrix/OneSource Tax Software - Support License | March 31, 2017 | March 30, 2018 |
| 81 | Thomson Reuters (Tax & Accounting) Inc. | Knight Oil Tools, LLC | Subscription License Agreement | Software License | Sabrix/OneSource Tax Software - Reporting Subscription | November 15, 2016 | November 14, 2017 |
| 82 | Thomson Reuters (Tax & Accounting) Inc. | Knight Oil Tools, LLC | Subscription License Agreement | Software License | Sabrix/OneSource Tax Software - Integration with SAP License | March 27, 2017 | March 26, 2018 |
| 83 | Waste Management | Knight Oil Tools, LLC | Service Agreement | Service Agreement | Service Agreement | August 19, 2014 | August 19, 2018 |

\* All of the above listed Executory Contracts and Unexpired Leases shall be rejected in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

4