**SO ORDERED.**

**SIGNED December 22, 2017.**



_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-51014 |
| KNIGHT ENERGY HOLDINGS, LLC, *ET AL.* [1] | (JOINTLY ADMINISTERED) |
| DEBTORS | CHAPTER 11 |
| | JUDGE ROBERT SUMMERHAYS |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (9787) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17-51022); Rayne Properties, LLC (7235) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (8254) (Case No. 17-51029). The Debtors' service address is 2727 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 2725 SE Evangeline Thruway, Lafayette, Louisiana 70508.

{00360962-1}

# ORDER GRANTING SECOND MOTION FOR AN ORDER PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE AUTHORIZING DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND LEASES AND (B) SET A BAR DATE FOR ANY AND ALL CLAIMS AGAINST THE DEBTORS RELATED TO THE EXECUTORY CONTRACTS AND LEASES

Upon consideration of the *Second Motion for an Order Pursuant to Section 365(a) of the Bankruptcy Code Authorizing Debtors to (A) Reject Certain Executory Contracts and Leases and (B) Set a Bar Date for Any and All Claims Against the Debtors Related to the Executory Contracts and Leases* [P-486] (the "Motion")[2] filed by Knight Energy Holdings, LLC; Knight Oil Tools, LLC; Knight Manufacturing, LLC; KDCC, LLC, f/k/a Knight Well Services, LLC; Tri-Drill, LLC; Advanced Safety & Training Management, LLC; Knight Security, LLC; Knight Information Systems, LLC; El Caballero Ranch, Inc.; Rayne Properties, LLC; Knight Aviation, LLC; Knight Research & Development, LLC; Knight Family Enterprises, LLC; HMC Leasing, LLC; and HMC Investments, LLC (collectively, the "Debtors"), as debtors-in-possession, which came before this Court on December 19, 2017 at 10:00 a.m.; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion and opportunity for objection having been given; no objections being filed; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby:

**ORDERED** that the Motion is hereby **GRANTED**; and it is further

---

[2] Capitalized terms not defined herein are as defined in the Motion.

{00360962-1}

**ORDERED** that pursuant to section 365(a) of the Bankruptcy Code, the executory contracts and unexpired leases set forth on Exhibit "A" attached hereto (collectively, the "Rejected Contracts and Leases"), to the extent they are executory contracts, are hereby rejected effective as of immediately prior to the Petition Date; and it is further

**ORDERED** that any counterparty to the Rejected Contracts and Leases shall file any and all claims against the Debtors related to the Rejected Contracts and Leases, including but not limited to rejection damage claims and administrative expense claims, no later than thirty (30) days after entry of this Order; and it is further

**ORDERED** that the Debtors shall serve this order on the parties listed on Exhibit "A" and file a certificate of service to that effect within three (3) days.

###

This order was prepared and is being submitted by:

*/s/ Tristan E. Manthey*
William H. Patrick, III (La. Bar No. 10359)
Tristan E. Manthey, (La. Bar No. 24539)
Cherie Dessauer Nobles, (La. Bar No. 30476)
**Heller, Draper, Patrick, Horn & Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300 // Fax: 504-299-3399
**Counsel for Debtors**

# EXHIBIT A

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS MOTION OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR REJECTION IDENTIFIED IN THIS MOTION AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS MOTION OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR REJECTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date |
|---|---|---|---|---|---|---|---|
| 1 | Cintas Corporation | Knight Oil Tools, LLC | National Rental Agreement | Service Agreement | Exclusive uniform rental services | October 31, 2014 | October 31, 2019 |
| 2 | Digitech Office Machines | Advanced Safety and Training Management, LLC | Maintenance Contract | Copier Maintenance Contract | 6290-03 | April 28, 2017 | April 27, 2018 |
| 3 | Digitech Office Machines | Knight Oil Tools, LLC | Maintenance Contract | Copier Maintenance Contract | 5639-04 | November 8, 2016 | November 7, 2017 |
| 4 | Digitech Office Machines | Knight Oil Tools, LLC | Maintenance Contract | Copier Maintenance Contract | 5705-05 | February 26, 2017 | February 25, 2018 |
| 5 | Digitech Office Machines | Knight Oil Tools, LLC | Maintenance Contract | Copier Maintenance Contract | 5730-04 | March 8, 2017 | March 7, 2018 |
| 6 | Digitech Office Machines | Knight Oil Tools, LLC | Maintenance Contract | Copier Maintenance Contract | 5908-04 | October 16, 2016 | October 15, 2017 |
| 7 | Digitech Office Machines | Knight Oil Tools, LLC | Maintenance Contract | Copier Maintenance Contract | 5964-03 | February 24, 2017 | February 23, 2018 |
| 8 | Digitech Office Machines | Knight Oil Tools, LLC | Maintenance Contract | Copier Maintenance Contract | 6009-04 | April 8, 2017 | April 7, 2018 |
| 9 | Digitech Office Machines | Knight Oil Tools, LLC | Maintenance Contract | Copier Maintenance Contract | 6088-02 | July 22, 2016 | Month to Month |
| 10 | Digitech Office Machines | Knight Oil Tools, LLC | Maintenance Contract | Copier Maintenance Contract | 6127-03 | September 17, 2016 | September 16, 2017 |
| 11 | Digitech Office Machines | Knight Oil Tools, LLC | Maintenance Contract | Copier Maintenance Contract | 6180-03 | November 24, 2016 | November 23, 2017 |
| 12 | Digitech Office Machines | Knight Oil Tools, LLC | Maintenance Contract | Copier Maintenance Contract | 6190-03 | December 10, 2016 | December 9, 2017 |
| 13 | Digitech Office Machines | Knight Oil Tools, LLC | Maintenance Contract | Copier Maintenance Contract | 6253-03 | March 10, 2017 | March 9, 2018 |
| 14 | GreatAmerica Financial Services Corporation | Advanced Safety and Training Management, LLC | Agreement | Copier Equipment Lease | 1049938 | April 29, 2015 | April 29, 2019 |
| 15 | GreatAmerica Financial Services Corporation | Knight Energy Holdings, LLC | Agreement | Copier Equipment Lease | 823867 | November 27, 2012 | Month to Month |
| 16 | GreatAmerica Financial Services Corporation | Knight Energy Holdings, LLC | Agreement | Copier Equipment Lease | 833557 | November 28, 2012 | Month to Month |
| 17 | GreatAmerica Financial Services Corporation | Knight Energy Holdings, LLC | Agreement | Copier Equipment Lease | 907097 | September 27, 2013 | September 27, 2017 |
| 18 | GreatAmerica Financial Services Corporation | Knight Energy Holdings, LLC | Agreement | Copier Equipment Lease | 951975 | April 7, 2014 | April 7, 2018 |
| 19 | GreatAmerica Financial Services Corporation | Knight Energy Holdings, LLC | Agreement | Copier Equipment Lease | 967161 | May 30, 2014 | May 30, 2018 |

* All of the above listed Executory Contracts and Unexpired Leases shall be rejected in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

17-51014 - #612  File 12/22/17  Enter 12/22/17 11:25:51  Main Document  Pg 4 of 6

# EXHIBIT A

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS MOTION OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR REJECTION IDENTIFIED IN THIS MOTION AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS MOTION OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR REJECTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date |
|---|---|---|---|---|---|---|---|
| 20 | GreatAmerica Financial Services Corporation | Knight Energy Holdings, LLC | Agreement | Copier Equipment Lease | 976842 | July 29, 2014 | July 29, 2018 |
| 21 | GreatAmerica Financial Services Corporation | Knight Energy Holdings, LLC | Agreement | Copier Equipment Lease | 976870 | July 29, 2014 | July 29, 2018 |
| 22 | GreatAmerica Financial Services Corporation | Knight Energy Holdings, LLC | Agreement | Copier Equipment Lease | 977540 | July 29, 2014 | July 29, 2018 |
| 23 | GreatAmerica Financial Services Corporation | Knight Energy Holdings, LLC | Agreement | Copier Equipment Lease | 992573 | September 19, 2014 | September 19, 2018 |
| 24 | GreatAmerica Financial Services Corporation | Knight Energy Holdings, LLC | Agreement | Copier Equipment Lease | 992576 | September 19, 2014 | September 19, 2018 |
| 25 | GreatAmerica Financial Services Corporation | Knight Energy Holdings, LLC | Agreement | Copier Equipment Lease | 992589 | September 19, 2014 | September 19, 2018 |
| 26 | GreatAmerica Financial Services Corporation | Knight Energy Holdings, LLC | Agreement | Copier Equipment Lease | 999340 | October 14, 2014 | October 14, 2018 |
| 27 | GreatAmerica Financial Services Corporation | Knight Energy Holdings, LLC | Agreement | Copier Equipment Lease | 1018945 | January 21, 2015 | January 21, 2019 |
| 28 | GreatAmerica Financial Services Corporation | Knight Energy Holdings, LLC | Agreement | Copier Equipment Lease | 1021806 | January 21, 2015 | January 21, 2019 |
| 29 | GreatAmerica Financial Services Corporation | Knight Oil Tools, LLC | Agreement | Copier Equipment Lease | 827557 | November 28, 2012 | Month to Month |
| 30 | GreatAmerica Financial Services Corporation | Knight Oil Tools, LLC | Agreement | Copier Equipment Lease | 829986 | November 28, 2012 | Month to Month |
| 31 | GreatAmerica Financial Services Corporation | Knight Oil Tools, LLC | Agreement | Copier Equipment Lease | 844796 | January 31, 2013 | Month to Month |
| 32 | GreatAmerica Financial Services Corporation | Knight Oil Tools, LLC | Agreement | Copier Equipment Lease | 844801 | January 31, 2013 | Month to Month |
| 33 | GreatAmerica Financial Services Corporation | Knight Oil Tools, LLC | Agreement | Copier Equipment Lease | 847728 | January 31, 2013 | Month to Month |
| 34 | GreatAmerica Financial Services Corporation | Knight Oil Tools, LLC | Agreement | Copier Equipment Lease | 847733 | January 31, 2013 | Month to Month |

\* All of the above listed Executory Contracts and Unexpired Leases shall be rejected in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

**EXHIBIT A**

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS MOTION OR THE PLAN, THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, RESERVE THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THE SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR REJECTION IDENTIFIED IN THIS MOTION AND THE PLAN AT ANY TIME PRIOR TO THE EFFECTIVE DATE

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS MOTION OR THE PLAN, THE DEBTORS MAKE NO ADMISSION AND RESERVE ALL RIGHTS TO DISPUTE WHETHER ANY OF THE EXECUTORY CONTRACTS AND UNEXPIRED LEASES FOR REJECTION CONSTITUTE EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER SECTION 365 OF THE BANKRUPTCY CODE

| Contract # | Counterparty | Debtor | Title of Contract | Type of Lease/Contract | Description/Contract ID Number | Beginning Date | Ending Date |
|---|---|---|---|---|---|---|---|
| 35 | GreatAmerica Financial Services Corporation | Knight Oil Tools, LLC | Agreement | Copier Equipment Lease | 850381 | February 25, 2013 | Month to Month |
| 36 | GreatAmerica Financial Services Corporation | Knight Oil Tools, LLC | Agreement | Copier Equipment Lease | 854900 | March 12, 2013 | Month to Month |
| 37 | GreatAmerica Financial Services Corporation | Knight Oil Tools, LLC | Agreement | Copier Equipment Lease | 860619 | March 28, 2013 | Month to Month |
| 38 | GreatAmerica Financial Services Corporation | Knight Oil Tools, LLC | Agreement | Copier Equipment Lease | 869748 | May 1, 2013 | Month to Month |
| 39 | GreatAmerica Financial Services Corporation | Knight Oil Tools, LLC | Agreement | Copier Equipment Lease | 885378 | July 29, 2013 | Month to Month |
| 40 | GreatAmerica Financial Services Corporation | Knight Oil Tools, LLC | Agreement | Copier Equipment Lease | 890513 | August 12, 2013 | August 12, 2017 |
| 41 | GreatAmerica Financial Services Corporation | Knight Oil Tools, LLC | Agreement | Copier Equipment Lease | 940680 | February 25, 2014 | February 25, 2018 |
| 42 | GreatAmerica Financial Services Corporation | Knight Oil Tools, LLC | Agreement | Copier Equipment Lease | 980684 | July 29, 2014 | July 29, 2018 |
| 43 | GreatAmerica Financial Services Corporation | Knight Oil Tools, LLC | Agreement | Copier Equipment Lease | 1010524 | November 21, 2014 | November 21, 2018 |
| 44 | GreatAmerica Financial Services Corporation | Knight Oil Tools, LLC | Agreement | Copier Equipment Lease | 1057215 | May 28, 2015 | May 28, 2019 |
| 45 | Hilliard Office Solutions | Knight Oil Tools, LLC | Full Service Maintenance Agreement | Copier Maintenance Agreement | CN2500-01 | November 30, 2016 | November 29, 2017 |
| 46 | Hilliard Office Solutions | Knight Oil Tools, LLC | Full Service Maintenance Agreement | Copier Maintenance Agreement | CN2621-01 | February 14, 2017 | February 13, 2018 |
| 47 | Hilliard Office Solutions | Knight Oil Tools, LLC | Full Service Maintenance Agreement | Copier Maintenance Agreement | CN2681-01 | March 29, 2017 | March 28, 2018 |

\* All of the above listed Executory Contracts and Unexpired Leases shall be rejected in their entirety including any amendments, modifications, supplements, or sub-parts thereto.

3