**SO ORDERED.**

**SIGNED May 29, 2018.**



ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-51014 |
| KNIGHT ENERGY HOLDINGS, LLC, *ET AL.*[1] | (JOINTLY ADMINISTERED) |
| DEBTORS | CHAPTER 11 |
| | JUDGE ROBERT SUMMERHAYS |

### ORDER GRANTING DEBTORS' OBJECTION TO PROOFS OF CLAIM
### NUMBERS 129 (CASE NO. 17-51014) AND 14 (CASE NO. 17-51027)
### FILED BY AIG PROPERTY CASUALTY, INC.

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (9787) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17-51022); Rayne Properties, LLC (7235) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (8254) (Case No. 17-51029). The Debtors' service address is 2727 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 2725 SE Evangeline Thruway, Lafayette, Louisiana 70508.

{00362348-1}

Considering the *Objection to Proofs of Claim Numbers 129 (Case No. 17-51014) and 14 (Case No. 17-51027) Filed by AIG Property Casualty, Inc.* [Dkt. No. 711] ("Objection")[2] filed by Knight Energy Holdings, LLC; Knight Oil Tools, LLC; Knight Manufacturing, LLC; KDCC, LLC, f/k/a Knight Well Services, LLC; Tri-Drill, LLC; Advanced Safety & Training Management, LLC; Knight Security, LLC; Knight Information Systems, LLC; El Caballero Ranch, Inc.; Rayne Properties, LLC; Knight Aviation, LLC; Knight Research & Development, LLC; Knight Family Enterprises, LLC; HMC Leasing, LLC; and HMC Investments, LLC, as reorganized debtors, no objections or responses being filed, service being proper and sufficient, and good cause existing to grant same;

**IT IS HEREBY ORDERED** that the Objection is **SUSTAINED**;

**IT IS FURTHER ORDERED** that Proof of Claim Number 129 filed by AIG Property Casualty, Inc. against Knight Energy Holdings, LLC in Case No. 17-51014 is hereby disallowed and expunged in its entirety; and

**IT IS FURTHER ORDERED** that Proof of Claim Number 14 filed by AIG Property Casualty, Inc. against HMC Leasing, LLC in Case No. 17-51027 is hereby disallowed and expunged in its entirety.

### ###

This order was prepared and is being submitted by:

/s/ Cherie Dessauer Nobles
William H. Patrick, III (La. Bar No. 10359)
Tristan E. Manthey, (La. Bar No. 24539)
Cherie Dessauer Nobles, (La. Bar No. 30476)
**Heller, Draper, Patrick, Horn & Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300 // Fax: 504-299-3399
**Counsel for Debtors**

2 All capitalized terms not defined herein are as defined in the Objection.

2

{00362348-1}