# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536–4 | User: mdoucet | Date Created: 5/29/2018 |
| Case: 17–51014 | Form ID: pdf8 | Total: 23 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          DIP

                                                                                        TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of U. S. Trustee         USTPRegion05.SH.ECF@usdoj.gov
aty         Cherie D. Nobles                cnobles@hellerdraper.com
aty         Douglas S. Draper               ddraper@hellerdraper.com
aty         Gail Bowen McCulloch            gail.mcculloch@usdoj.gov
aty         Tristan E. Manthey              tmanthey@hellerdraper.com
aty         William H. Patrick, III         wpatrick@hellerdraper.com

                                                                                        TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Knight Energy Holdings, LLC         2727 SE Evangeline Thruway         Lafayette, LA 70508
db          Knight Oil Tools, LLC         2727 SE Evangeline Thruway         Lafayette, LA 70508
db          Knight Manufacturing, LLC         2810–A Melancon Road         Broussard, LA 70518
db          KDCC, LLC         2727 SE Evangeline Thruway         Lafayette, LA 70508
db          Tri–Drill, LLC         2727 SE Evangeline Thruway         Lafayette, LA 70508
db          Advanced Safety & Training Management, LLC         2725 SE Evangeline Thruway         Lafayette, LA 70508
db          Knight Security, LLC         2727 SE Evangeline Thruway         Lafayette, LA 70508
db          Knight Information Systems, LLC         2727 SE Evangeline Thruway         Lafayette, LA 70508
db          El Caballero Ranch, Inc.         2727 SE Evangeline Thruway         Lafayette, LA 70508
db          Rayne Properties, LLC         2727 SE Evangeline Thruway         Lafayette, LA 70508
db          Knight Aviation, LLC         2727 SE Evangeline Thruway         Lafayette, LA 70508
db          Knight Research & Development, LLC         2727 SE Evangeline Thruway         Lafayette, LA 70508
db          Knight Family Enterprises, LLC         2727 SE Evangeline Thruway         Lafayette, LA 70508
db          HMC Leasing, LLC         2727 SE Evangeline Thruway         Lafayette, LA 70508
db          HMC Investments, LLC         2727 SE Evangeline Thruway         Lafayette, LA 70508
            AIG Property Casualty, Inc., Attn: Kevin J. Larner         80 Pine Street, 13th Floor         New York, NY 10005

                                                                                        TOTAL: 16