IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| IN RE: | CASE NO. 17-51014 |
|---|---|
| KNIGHT ENERGY HOLDINGS, LLC, ET AL<br><br>DEBTORS | (JOINTLY ADMINISTERED)<br>CHAPTER 11<br><br>JUDGE ROBERT SUMMERHAYS |

## MOTION TO WITHDRAW COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Creditor, THE CHUBB COMPANIES, who move this Honorable Court for an Order withdrawing ROBERT M. KALLAM of the law firm of PREIS PLC as counsel for THE CHUBB COMPANIES in the above entitled and numbered cause.

WHEREFORE, Creditor, THE CHUBB COMPANIES, pray that this Honorable Court grant the instant Motion and relief prayed for herein by issuing an Order withdrawing ROBERT M. KALLAM of the law firm of PREIS PLC as counsel of record for THE CHUBB COMPANIES.

Respectfully submitted,

PREIS PLC

BY: _____
ROBERT M. KALLAM (#20242)
102 Versailles Blvd., Suite 400
Lafayette, LA 70501
Phone: 337-237-6062
Fax: 337-237-9129
E-mail: rkallam@preisplc.com

Counsel for THE CHUBB COMPANIES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of July, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

_____
ROBERT M. KALLAM